UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HERBERT MARTIN (#76859)                         CIVIL ACTION

VERSUS

MAJOR JOSEPH HOOKER, ET AL                NO. 13-0508-SDD-RLB

**************************************************************************

NOTICE OF COMPLIANCE WITH THE COURTS ORDER
(dated August 19, 2013)

NOW INTO COURT, through undersigned counsel, comes defendants', Major Joseph Hooker and Captain John Sanders, who in response to the Court's order of August 19, 2013, states the following.

1.

The Court ordered undersigned counsel for defendants to provide plaintiff "all medical records, warden's unusual occurrence reports and all other documents pertinent to the issues in the case" and to contemporaneously file a copy of these documents with the Court together with a Notice of Compliance attesting to the fact that the requirements of this Order have been met.

2.

Attached as Exhibit 1 is the Affidavit of Connie McCann with attachments consisting of a Disciplinary report for Herbert Martin (DOC#76859) dated July 25, 2012 by Joseph Hooker.

1

3.

. Attached as Exhibit 2 is the Affidavit of Connie McCann with attachments consisting of a Disciplinary report for Herbert Martin (DOC#76859) dated July 25, 2012 by John Sanders.

4.

Attached as Exhibit 3 is the affidavit of Connie McCann with attachments Unusual Occurrence Report dated July 25, 2012 by John Sanders, which are pertinent to the issues in the case.

5.

Attached as Exhibit 4 is the affidavit of Connie McCann with attachments Unusual Occurrence Report dated July 25, 2012 by Joseph Hooker, which are pertinent to the issues in the case.

6.

Attached as Exhibit 5 is the affidavit of Connie McCann with attachments Unusual Occurrence Report dated July 25, 2012 by Dwayne Adams, which are pertinent to the issues in the case.

7.

Attached as Exhibit 6 is the affidavit of Connie McCann with attachments "Administrative Remedy Procedure No. LSP-2012-3321", which are pertinent to the issues in the case.

8.

Attached as Exhibit 7 is plaintiff Herbert Martin (DOC #76859)

Medical and Mental Health records from June 1, 2012 to December 31, 2012.

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL**

BY ***Travis J. Denicola***_____
    **TRAVIS J. DENICOLA (#33090)
ASSISTANT ATTORNEY GENERAL**

    **DEPARTMENT OF JUSTICE
LITIGATION DIVISION**
    1885 North Third Street, 4th Floor
    Post Office Box 94005
    Baton Rouge, Louisiana 70804-9005
    Telephone No. 225-326-6408
    Facsimile No. 225-326-6495
    E-Mail: denicolat@ag.state.la.us

***CERTIFICATE OF SERVICE***

**I CERTIFY** I have served the foregoing **NOTICE OF COMPLIANCE,** on the pro se plaintiff by depositing a copy in the U.S. Mail, properly addressed and with proper postage prepaid, at Baton Rouge, Louisiana, on this 5th day of February, 2014.

Herbert Martin (#76859)
Louisiana State Penitentiary
Camp J- Gar (2)Right; Cell #3
Angola, LA 70712

      /s/Travis J. Denicola
      Travis J. Denicola