

BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

STATE OF LOUISIANA
~~WEST FELICIANA PARISH~~
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Disciplinary Report date 7/25/2012 for Herbert Martin #76859 by Joseph Hooker

*Connie McCann*

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 2|4|14

Herbert Martin #76859 Case

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

EXHIBIT
1

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: | LSP |

| 1. Name Of Inmate: Herbert Martin | 2. Number: #76859 | 3. Date of Incident: 7/25/12 | 4. Time Of Incident: 11:05am |
|---|---|---|---|
| 5. Place Of Incident: Gator yard pen and Gator walk | 6. Job Assignment (Inmate): Camp J Management Program | | 7. Housing Assignment (Inmate): Gator 3 Right |
| 8. Rule Violated: Defiance, Aggravated Disobedience | 9. Rule Number: #3,#5 | | |

10. Description Of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

On the above date and approximate time Capt. Sanders was summoned to Gator unit at which time I walked with him to the unit, on arrival Sgt. Adams informed us that Offender Herbert Martin had passed out on the yard during his daily yard exercise. Capt. Sanders and I proceeded to the yard pen and questioned Offender Martin concerning his condition. Offender Martin then stated that he felt like he had a diabetic seizer. Capt. Sanders then gave the offender a direct order to come to the gate and be restrained, Offender Martin complied with the order and was placed in a full set of restraints to be removed from the yard. Sgt. Adams then proceeded in opening the yard pen gate Offender Martin then immediately

| 11. Inmate Placed in Adm. Seg | ☒ Yes ☐ No | | |
|---|---|---|---|
| 12. Signature of reporting employee: | | 13. Name, Title, Assignment (Print) Joseph Hooker, Major Camp J B/Team, | |
| 14. Date of Report: 7/25/12 | 15. Time of Report: 3:00pm | 16. Report (copy) given to above inmate by: | 17. Inmate's Signature: |
| 18. Plea by Inmate: ☒ Not Guilty ☐ Guilty | 19. Verdict: ☐ Not Guilty ☒ Guilty | | |
| 20. Date of Hearing: 7/27/12 | | 21. Counsel Substitute: DOC#: 91275 | |
| 22. Motions: | | | |

23. Reasons for Disposition:

☒ Report is clear and precise.   ☐ Lack of a credible defense/little or no defense.   ☐ Based on his statement.

☒ The officer's version is determined to be more credible than the inmate's.   ☐ Pled guilty/accepted guilty-plea.

☒ Only defense is denying contents of report.   ☐ The inmate presented no evidence to refute the charges.

☐ The investigative officer's testimony was deemed more truthful and accurate than the inmate's.   ☐ Plea bargain.

☐ The inmate's demeanor led the board to believe that the inmate's testimony was untrue.

☐ Other

24. Reasons for Sentence:

☒ Seriousness of offense.   ☐ The need to protect the institution, employees, or other.

☐ Poor Conduct record. A total of _____ rule violations(s). A total of _____ Schedule B violations since _____.

A total of _____ # _____ rule violations since _____.

☐ Other

25. Sentence:
#3  Loss of 12 Weeks Canteen   Suspended ☐ _____ Days   Imposed ☒

26. Sentence:
#5  Loss of 12 Weeks Phone Privlgs   Suspended ☐ _____ Days   Imposed ☒

27. DISCIPLINARY BOARD:

Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER   Jennifer Eller