

BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana
### Department of Public Safety and Corrections
### Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA


I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.


Disciplinary Report date 7/25/2012 for Herbert Martin #76859 by John Sanders


_Connie M⁻ Cann_

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: _2|4|14_

Herbert Martin #76859 Case


Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

EXHIBIT
2

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: | LSP

| 1. Name Of Inmate: Herbert Martin | 2. Number: 76859 | 3. Date of Incident: 7/25/12 | 4. Time Of Incident: Approx. 11:05 am |
| 5. Place Of Incident: Gator Yard Pen / Gator Walk | 6. Job Assignment (Inmate): Camp J Management Program | | 7. Housing Assignment (Inmate): Gator Three Right |
| 8. Rule Violated: Defiance, Aggravated Disobedience | | 9. Rule Number: #3, #5 | |

10. Description Of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

On the above date and approximate time, I, Capt. Sanders, was summoned to Gator Unit. Upon arrival Sgt. Adams informed me that Offender Herbert Martin had passed out on the yard during his daily yard exercise. Major Hooker and I proceeded to the yard pen and questioned Offender Martin concerning his condition. Offender Martin stated that he felt like he had a diabetic seizer. I then gave the offender a direct verbal order to come to the gate to be restrained. Offender Martin complied with the order and was placed in a full set of restraints to be removed from the yard pen. Sgt. Adams then proceeded in opening the yard pen gate. Offender Martin then immediately charged out of the yard pen at me attempting to head butt me. I, Capt. Sanders, immediately stepped to the side and Offender Martin proceeded through the gate, tripping and falling on the yard pen sidewalk. Major Hooker and I immediately approached Offender Martin and assisted him to his feet. Offender Martin then became very combative and started wrestling and cursing Major Hooker and myself. Major Hooker gave him several direct verbal orders to stop being combative and to stop cursing.

11. Inmate Placed in Adm. Seg.    ☒ Yes    ☐ No

| 12. Signature of reporting employee: | 13. Name, Title, Assignment (Print) John Sanders, Capt. Camp J B Team |
| 14. Date of Report: 7/25/12 | 15. Time of Report: 4:00PM | 16. Report (copy) given to above inmate by: | 17. Inmate's Signature: |

18. Plea by Inmate:    ☒ Not Guilty    ☐ Guilty    19. Verdict:    ☐ Not Guilty    ☒ Guilty

20. Date of Hearing: 7/27/12    21. Counsel Substitute: DOC#: 81875

22. Motions:

23. Reasons for Disposition:
☒ Report is clear and precise.
☐ Lack of a credible defense/little or no defense.
☐ Based on his statement.
☒ The officer's version is determined to be more credible than the inmate's.
☐ Pled guilty/accepted guilty plea.
☒ Only defense is denying contents of report.
☐ The inmate presented no evidence to refute the charges.
☐ The investigative officer's testimony was deemed more truthful and accurate than the inmate's.
☐ Plea bargain.
☐ The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
☐ Other _____

24. Reasons for Sentence:
☒ Seriousness of offense.
☐ The need to protect the institution, employees, or other.
☐ Poor Conduct record. A total of _____ rule violations(s). A total of _____ Schedule B violations since _____.
☐ A total of _____ # _____ rule violations since _____.
☐ Other

25. Sentence: #3    Disc. Detention    10 days Cell Confinement    Suspended ☐ _____ Days    Imposed ☒

26. Sentence: #5    Loss of (12) Weeks Canteen    Suspended ☐ _____ Days    Imposed ☒

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER)

Jennifer Eller
MEMBER