

BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana
### Department of Public Safety and Corrections
### Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Unusual Occurrence Report date 7/25/2012 by John Sanders

_Connie McCann_

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 2|4|14

Herbert Martin #76859 Case

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

EXHIBIT
3

Form C-05-001-W-1
15 July 2011

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: Louisiana State Penitentiary

| Name:<br>Herbert Martin | Number:<br>#76859 | Dorm Or Cellblock:<br>Gator 3 Right | Date Of Incident:<br>7/25/12 | Time Of Incident:<br>11:05am |
|---|---|---|---|---|

| Location Of Incident:<br>Gator yard pen and Gator walk | Witnesses:<br>Sgt. D. Adams and Major J. Hooker |
|---|---|

## TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured in Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team/Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation
  - [ ] Other - Determined by Unit Head

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike – Individual
- [ ] Hunger Strike – Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation – Limited
- [ ] Other – Employee Arrest
- [ ] Other - Determined by Warden

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [ ] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [x] Assault With No Significant Injury
  - [x] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Throwing of Substances
- [x] Use of Force
  - [x] Immediate
  - [ ] Planned
  - [ ] Chemical Agents on Single Offender
  - [ ] Use of Taser
  - [ ] Cell Entry Team (Elec. Shield)
  - [ ] Less Lethal Weapons
  - [ ] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [ ] Staff on Offender
- [ ] Individual Hunger Strike

\* Copy to Investigations

## DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time I Capt. Sanders was summoned to Gator unit, on arrival Sgt. Adams

informed me that Offender Herbert Martin had passed out on the yard during his daily yard exercise. Major Hooker and I

| John Sanders, Capt. | 7/25/12<br>Date Completed | 12:30pm<br>Time Completed |
|---|---|---|

| Name: Herbert Martin | Number: #76859 | Dorm or Cellblock: Gator 3 Right | Date of Incident: 7/25/12 | Time of Incident: Approx 11:05 am |
|---|---|---|---|---|
| Location of Incident: Gator yard pen and Gator walk | | Witnesses: Sgt. D. Adams & Major J. Hooker | | |

## (Description of Incident Continued)

proceeded to the yard pen and questioned Offender Martin concerning his condition. Offender Martin then stated that he felt like he had a diabetic seizer. I then gave the offender a direct order to come to the gate and be restrained, Offender Martin complied with the order and was place in a full set of restraints to be removed from the yard. Sgt. Adams then proceeded in opening the yard pen gate and Offender Martin then immediately charged out of the yard pen gate at me attempting to head butt me. I Capt. Sanders, immediately stepped to the side and Offender Martin proceeded through the gate tripping and falling on the yard pen side walk. Major Hooker and I immediately approached Offender Martin in assistance of getting back up on his feet. Offender Martin then became very combative by wrestling and cursing Major Hooker and myself, Major Hooker and I gave Offender Martin several direct verbal orders to stop being combative and stop the wrestling and cursing. Offender Martin flatly refused all orders given at which time Major Hooker and myself had to place arm locks on Offender Martin to gain compliance and get offender Martin to walk to Gar unit to be place in Adm. Seg. Offender Martin was physically escorted to Gar unit and continued to struggle with Major Hooker and myself resisting and attempting to pull away from us. Major Hooker and myself continued to give Offender Martin several orders to stop resisting and he continued, refusing all orders given and had to be escorted in arm locks all the way to Gar unit. Offender Martin was place in the Shower on Gar 1 Right. Major Hooker gave offender Martin, a direct verbal order to give him his Jumpsuit for a shakedown, offender Martin refused, I then exited the Gar one right tier and obtained a can of Phantom Chemical agent and returned to the Gar one right tier. Major Hooker retrieved the chemical agent from me and gave Offender Martin another direct verbal order to give up his jumpsuit for a shakedown, again offender Martin refused. Major Hooker then administered an approximately one second burst of the chemical agent in the Gar one right shower in an effort of bring offender Martin in compliance with the orders that were given to him. Offender Martin, immediately complied with all orders given. Offender Martin was then shookdown given an opportunity to shower, clean jumpsuit and transported to the Robert E. Barrow, Jr. Treatment Center for possible Medical treatment, if needed, resulting from incident. Myself and Major Hooker were evaluated at the Treatment Center also. Colonel Smith, Warden Poret, Warden Dupont, and Major Hawkins of investigations were notified.

John Sanders, Capt

7/25/12
Date Completed

12:30pm
Time Completed

2