

BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

## State of Louisiana
Department of Public Safety and Corrections
Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Unusual Occurrence Report date 7/25/2012 by Joseph Hooker

*Connie McCann*

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 2|4|14

Herbert Martin #76859 Case

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

EXHIBIT
4

Form C-05-001-W-1
15 July 2011

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: Louisiana State Penitentiary

| Name: Herbert Martin | Number: #76859 | Dorm Or Cellblock: Gator 3 Right | Date Of Incident: 7/25/12 | Time Of Incident: 11:05am |
|---|---|---|---|---|
| Location Of Incident: Gator yard pen and Gator walk | | Witnesses: Sgt. D. Adams and Capt. J. Sanders | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured in Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team/Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation
  - [ ] Other - Determined by Unit Head

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike – Individual
- [ ] Hunger Strike – Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation – Limited
- [ ] Other – Employee Arrest
- [ ] Other - Determined by Warden

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [ ] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [x] Assault With No Significant Injury
  - [x] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Throwing of Substances
- [x] Use of Force
  - [x] Immediate
  - [ ] Planned
  - [x] Chemical Agents on Single Offender
  - [ ] Use of Taser
  - [ ] Cell Entry Team (Elec. Shield)
  - [ ] Less Lethal Weapons
  - [ ] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [ ] Staff on Offender
- [ ] Individual Hunger Strike

* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time Capt. Sanders was summoned to Gator unit at which time I walked with him to

the unit, on arrival Sgt. Adams informed us that Offender Herbert Martin had passed out on the yard during his daily yard

Joseph Hooker, Major

7/25/12
Date Completed

12:40pm
Time Completed

| Name: Herbert Martin | Number: #76859 | Dorm or Cellblock: Gator 3 Right | Date of incident: 7/25/12 | Time of incident: Approx 11:05 am |
|---|---|---|---|---|
| Location of Incident: Gator yard pen and Gator walk | | Witnesses: Sgt. D. Adams & Capt. J. Sanders | | |

### (Description of Incident Continued)

exercise. Capt. Sanders and I proceeded to the yard pen and questioned Offender Martin concerning his condition.

Offender Martin then stated that he felt like he had a diabetic seizer. Capt. Sanders then gave the offender a direct order

to come to the gate and be restrained, Offender Martin complied with the order and was placed in a full set of restraints to

be removed from the yard. Sgt. Adams then proceeded in opening the yard pen gate Offender Martin then immediately

charged out of the yard pen gate at Capt. Sanders attempting to head butt him. Capt. Sanders immediately stepped to

the side and Offender Martin proceeded though the gate tripping and falling on the yard pen side walk. Capt. Sanders

and I immediately approached Offender Martin in assistance of getting back up on his feet. Offender Martin then became

very combative by wrestling and cursing Capt. Sanders and myself,(While wrestling with Offender Martin I hit my right

knee on the concrete causing a laceration on my knee and a hole in my pants.) Capt. Sanders and I gave Offender Martin

several direct verbal orders to stop being combative and stop the wrestling cursing. Offender Martin flatly refused all

orders given at which time Capt. Sanders and myself had to place arm locks on Offender Martin to gain compliance and

get offender Martin to walk to Gar unit to be placed in Adm. Seg. Offender Martin was physically escorted to Gar unit and

continued to struggle with Capt. Sanders and myself resisting and attempting to pull away form us. Capt. Sanders and

myself continued to give Offender Martin several orders to stop resisting and he continued to refuse all orders given and

had to be escorted in arm locks all the way to Gar unit. Offender Martin was then placed in the Shower on Gar 1 Right. I

Major Hooker then gave Offender Martin Several direct verbal orders to give up his jump suit for a shakedown, Offender

Martin flatly refused all orders given. Capt. Sanders then exited the tier, obtained a can of phantom chemical agent and

returned to the shower. I then obtained the can of chemical agent from Capt. Sanders and gave Offender Martin several

more direct verbal orders to come to the bars so that the restraints could be taken off of him and he again flatly refused all

orders given. I was then forced to administer a one second burst of chemical agent into the shower to gain compliance.

Then and only then did Offender Martin comply with my orders. Offender Martin was then given a shower, clean jumpsuit,

sent to the Treatment Center to be evaluated for injuries that may have occurred during this confrontation, and place in

Adm. Seg. up on returning to the Camp. . Capt. Sanders and I were also evaluated at R.E.B.T.C. by medical staff.

Colonel Smith, Warden Poret, Warden Dupont, and Major Stewart Hawkins of investigation were notified.

| _Joseph Hooker, Major_ | 7/25/12 Date Completed | 12:40pm Time Completed |
|---|---|---|