

BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

Unusual Occurrence Report date 7/25/2012 by Dwayne Adams

Connie M⁻Cann

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

Date: 2/4/14

Herbert Martin #76859 Case

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

EXHIBIT
5

Form C-05-001-W-1
15 July 2011

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
UNUSUAL OCCURRENCE REPORT
(Category A, B, C Incidents)

INSTITUTION: Louisiana State Penitentiary

| Name: Herbert Martin | Number: #76859 | Dorm Or Cellblock: Gator 3 Right | Date Of Incident: 7/25/12 | Time Of Incident: 11:00am |
|---|---|---|---|---|
| Location Of Incident: Gator yard pen and Gator walk | | Witnesses: N/A | | |

### TYPE OF INCIDENT - CHECK APPROPRIATE BOXES

**Category A Incidents:**
- [ ] Escape
- [ ] Death by other than natural causes
  - [ ] Accident
  - [ ] Violence
  - [ ] Suicide
  - [ ] Suspicious
  - [ ] Unknown
  - [ ] Unnatural
  - [ ] Execution
- [ ] Assault resulting in life threatening Injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Staff Injured in Line of Duty
- [ ] Other
  - [ ] Significant Property Damage
  - [ ] Hostage Situation
  - [ ] Major Work Stoppage of Offenders
  - [ ] Employee Work Stoppage
  - [ ] Riot
  - [ ] Natural Disaster
  - [ ] Tact Team/Outside Assistance
  - [ ] Lockdown of all or part of facility
  - [ ] Hunger Strike of Entire Facility or Multiple Units
  - [ ] Large Scale Evacuation
  - [ ] Other - Determined by Unit Head

**Category B Incidents:**
- [ ] Escapee Apprehended
- [ ] Death Due to Natural Causes
  - [ ] Expected
  - [ ] Unexpected
- [ ] Gunshot - Shoot to disable (Class I)
- [ ] Assault with significant injury
  - [ ] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Attempted Suicide with Significant Injury
  - [ ] Self Mutilation with Significant Injury
- [ ] Hunger Strike - Individual
- [ ] Hunger Strike - Organized
- [ ] Use of Force w/Significant Injury
  - [ ] Lockdown of Limited Number of Offenders
- [ ] Significant Water/Power Outage
- [ ] Property Damage - Limited
- [ ] Evacuation - Limited
- [ ] Other - Employee Arrest
- [ ] Other - Determined by Warden

**Category C Incidents:**
- [ ] Agg. Sex Offense (Offender/Staff)*
- [ ] Agg. Sex Offense (Offender/Offender)*
- [ ] Staff/Civilian Sexual Misconduct*
- [ ] Gunshot - Warning Shot (Class II)
  - [ ] Self Defense - No Human Injury or Death
- [x] Assault With No Significant Injury
  - [x] Offender on Staff
  - [ ] Offender on Offender
  - [ ] With Weapon
  - [ ] Without Weapon
  - [ ] Throwing of Substances
- [ ] Use of Force
  - [ ] Immediate
  - [ ] Planned
  - [ ] Chemical Agents on Single Offender
  - [ ] Use of Taser
  - [ ] Cell Entry Team (Elec. Shield)
  - [ ] Less Lethal Weapons
  - [ ] Restraints Used (Restraint Chair, 4 Point, etc.)
  - [ ] Staff on Offender
- [ ] Individual Hunger Strike

* Copy to Investigations

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

On the above date and approximate time Offender Herbert Martin who was in a yard pen on Gator was lying on the

Ground and he told me that he was having a diabetic emergency. I then notified Capt. Sanders who arrived shortly after

| Dwayne Adams Sgt. | Date Completed 7/25/12 | Time Completed 11:35AM |
|---|---|---|

| Name:<br>Herbert Martin | Number:<br>#76859 | Dorm or Cellblock:<br>Gator 3 Right | Date of Incident:<br>7/25/12 | Time of Incident:<br>Approx 11:00 am |
|---|---|---|---|---|
| Location of Incident:<br>Gator yard pen and Gator walk | | Witnesses:<br>N/A | | |

### (Description of Incident Continued)

along with Major Hooker and took control of the situation.

_Sgt. Dwayne Adams_

7/25/12
Date Completed

11:35am
Time Completed

2