

**BOBBY JINDAL**
Governor

# State of Louisiana
## Department of Public Safety and Corrections
### Louisiana State Penitentiary

**JAMES M. Le BLANC**
Secretary

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Health Information Management Department
Angola, Louisiana 70712

WEST FELICIANA

I hereby certify that the attached copies are **TRUE AND CORRECT COPIES** of the originals maintained in our medical records for:

| Inmate Name: | Herbert Martin | DOC# | 76859 |
|---|---|---|---|

| Listed below is the information which is attached: | Time period of requested information: |
|---|---|
| ☐ **Medical only** | 07/01/2012 – 12/31/2012 |
| ☐ **Mental Health only** | |
| ☒ **Medical and Mental Health** | |
| ☐ **Other** | |

| Copies made for: | Connie McCann<br>LSP Legal Programs |
|---|---|

| Signature: | *Jamie A. Sharp* | Date: | 2/4/14 |
|---|---|---|---|
| | Jamie L. Sharp<br>Ex-Officio Notary Public, #92150<br>Department of Public Safety and<br>Corrections/LSP | | |

EXHIBIT
7



| | |
|---|---|
| CONNIE MCCANN/LSP/CORRECTIONS | To Jamie Sharp/LSP/CORRECTIONS@CORRECTIONS |
| | cc |
| 01/16/2014 08:32 AM | bcc |
| | Subject Re: AG's Office Requests |

For Follow Up: ► Normal Priority

History: ↩ This message has been replied to.

Sorry about that....

Martin - 6/01/2012 - current

██████████████████

Thank You,
Connie McCann
Legal Programs Dept.
(225) 655-2039 *Phone*
(225) 655-2327 *Fax*

Jamie Sharp---01/15/2014 05:55:51 PM---Please provide time frame for each. Thanks,

| | |
|---|---|
| From: | Jamie Sharp/LSP/CORRECTIONS |
| To: | CONNIE MCCANN/LSP/CORRECTIONS@CORRECTIONS |
| Date: | 01/15/2014 05:55 PM |
| Subject: | Re: AG's Office Requests |

Please provide time frame for each.

Thanks,

Jamie L. Sharp
Administrative Program Manager 1
Health Information Management Department
Louisiana State Penitentiary
Angola, LA 70712
(225) 655-2292

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

CONNIE MCCANN/LSP/CORRECTIONS



| | |
|---|---|
| CONNIE MCCANN/LSP/CORRECTIONS | To Jamie Sharp/LSP/CORRECTIONS@CORRECTIONS |
| | cc |
| 01/13/2014 01:20 PM | |
| | Subject AG's Office Requests |



Hey Jamie,

May I please have copies of Medical for the following... THANKS FOR EVERYTHING!!!!

Herbert Martin #76859 (and Mental Health)

Thank You,
Connie McCann
Legal Programs Dept.
(225) 655-2039 *Phone*
(225) 655-2327 *Fax*



LOUISIANA STATE PENITENTIARY
R.E . BARROW, JR. TREATMENT CENTER
ANGOLA, LA   70712

TO: INMATE

MEMORANDUM

TO: DIETICIAN    MEMO TYPED DATE:01/15/2013    ISSUED DATE:01/15/2013

FROM: HEALTH INFORMATION MANAGEMENT DEPARTMENT    RE: DIET
=====================================================================
-    LOCATION:J CUDA 1/L
DOC#:76859    NAME:MARTIN    ,HERBERT    RACE:B

TEMPORARY DIET
SOFT DIET X THREE (3) MONTHS
PER ORDERS OF DR HILL, DDS
DIET EXPIRES ON: 04/15/2013   AND REVERTS BACK TO PERMANENT DIET AT MIDNIGHT.
*****************************************************************************
PERMANENT DIET:    MEMO TYPED DATE: 06/21/2007    ISSUED DATE: 03/30/2007
2000 CALORIE ADA, LOW CHOLESTEROL, LOW FAT DIET WITH PM SNACK X PERMANENT


PER ORDERS OF: DR.TRAN,MD

CARDIAC
Diet Catetory:    LISTING   DIABETIC
RENAL
HYPERTENSIVE
OTHER

**Entry Screen**
Doc#: 76859    Inmate Name: Martin        , Herbert       Race: B DOB: 8/07/⬛
LSP AU Date: 04/10/95        Loc J Gtr 3/r       Job: L/d          Age: 58
TB Test Record Report                            Record Number: _____

| | | |
|---|---|---|
| DOC Number: | 76859 | |
| Test Location: | GTR | |

Type Information in These Fields
  Only if Data Stripe is Empty
Last Name:
First Name:
Race:
DOB:

| | |
|---|---|
| Date of Test: | 04/22/2013 |
| Time of Test: | 8:00AM |
| Lot Number: | 293238 |
| Tested By: | S Poret Rn |

Non LSP Test Site:

| | |
|---|---|
| Date Read: | 04/24/2013 |
| Time Read: | 8:30AM |
| Test Reader: | S Poret Rn |
| Test Result: | Neg |
| Induration Size: | .0 mm |

Test Type:

Record Completed (Y): Y

Contact Last Name:
Contact First Name:
Contact DOC Number:

Comments:

test giver        S PORET RN
record completed

04/29/2013

**LOUISIANA STATE PENITENTIARY**
**R.E. BARROW, JR. TREATMENT CENTER**
**INFECTION CONTROL**

**OFFENDER SEASONAL INFLUENZA VACCINATION FORM**

NAME: Herbert Martin ___ DOC# 76859 DORM Gtr 7/R

---

**PHYSICIAN'S ORDER:  ADMINISTER INFLUENZA VACCINE 0.5 ML IM**

ORDERING PHYSICIAN ___ DATE 9/28/12

☑ **I ACCEPT** the seasonal influenza vaccine.  Information on the vaccine, including its purpose, benefits, and possible side effects, has been explained to me.  I have had an opportunity to ask questions and have those questions answered to my satisfaction.

**QUESTIONNAIRE**

1.  Do you have a serious allergy to eggs?                          YES  or  **NO**

2.  Have you ever had a serious allergic reaction, or other         YES  or  **NO**
    problem, to the influenza vaccine?

3.  Have you ever been paralyzed by Guillian-Barre Syndrome?        YES  or  **NO**

4.  Do you have a fever or other acute, moderate illness today?     YES  or  **NO**

Offender's Signature Herbert Martin ___ DATE 9.28-12

---

Vaccine Lot #   **UH721AB** ___   Exp. Date   6/30/13 ___

Vaccination Site (L)Arm ___   Vaccination Date 9-28-12 ___

Nurse's Signature Kyle Ed ___

---

☐ **I REFUSE** the seasonal influenza vaccine.  Information on the vaccine, including its purpose, benefits, and possible side effects, has been explained to me.  I understand that not receiving the vaccine may place me at risk for contracting the influenza virus.  I have had an opportunity to ask questions and have those questions answered to my satisfaction.  I release the Department of Corrections from any liability for harm that may occur as a result of refusing this medical treatment.

Offender's Signature ___ DATE ___

Witness ___ Witness ___

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications                                    (06/2013) | Time | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FOR NORVASC 10MG TAB (AMLODIPINE @) TAKE ONE TABLET BY MOUTH EVERY DAY | 0001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 120524  O/D:12/06/2012  D/C:12/05/2013 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FOR DILANTIN 100MG CAPS (PHENYTOIN EXT. @) TAKE 1 CAPSULE IN THE MORNING AND 3 CAPSULE IN THE EVENING | 0001 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 143649  O/D:03/02/2013  D/C:02/28/2014 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| METHOCARBAMOL @ 500 MG TA TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 143651  O/D:03/01/2013  D/C:02/27/2014 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ZYRTEC 10 MG TA (CETIRIZINE @) TAKE ONE TABLET EVERY EVENING | 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 151014  O/D:04/03/2013  D/C:04/02/2014 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FOR OCEAN 0.65% [KOP] NASA (SODIUM CHLORIDE @ (OCEA 2 SPRAYS TO EACH NOSTRIL FOUR TIMES A DAY | 0001 0002 0003 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 151018  O/D:04/03/2013  D/C:07/01/2013 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOLNAFTATE 1% CREA 1% CRE (TOLNAFTATE @) APPLY TWICE A DAY TO AFFECTED AREA "EXTERNAL USE ONLY!" | 0001 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 152198  O/D:04/08/2013  D/C:07/06/2013 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BRETHINE 5 MG TA (TERBUTALINE @) TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL | 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 152200  O/D:04/08/2013  D/C:04/07/2014 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Codes:

DOB: ███1954        Sex: M                    Allergies: NKA            Diagnosis: NKD
Unit: J GTR 2/L
Name: MARTIN, HERBERT G        DOC #: 76859

| Init | Name | Init | Name |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications                          (06/2013) | Time | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INSULIN HUM 70/30 VL @ 100 U/ML INSU | 0001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| INJECT 15 UNITS EACH MORNING AND 6 | 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| UNITS EACH EVENING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 152201  O/D:04/09/2013  D/C:04/08/2014 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| COZAAR 50MG TAB (LOSARTAN @) | 0001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| TAKE ONE TABLET BY MOUTH TWICE A | 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 162303  O/D:05/17/2013  D/C:05/16/2014 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FOR COREG 25MG TAB (CARVEDILOL @) | 0001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| TAKE ONE TABLET BY MOUTH TWICE A | 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 162304  O/D:05/17/2013  D/C:05/16/2014 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEGRETOL 200 MG TA (CARBAMAZEPINE @) | 0001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| TAKE ONE TABLET BY MOUTH TWICE A DAY | 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 162305  O/D:05/17/2013  D/C:05/15/2014 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ZOCOR 10 MG TA (SIMVASTATIN @) | 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| TAKE ONE TABLET BY MOUTH AT THE 3RD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PILL CALL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 162307  O/D:05/17/2013  D/C:05/16/2014 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FOR CHLORASEPTIC 1.4 %/6 OZ SPR (PHENOL (CHLORASEPT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AS DIRECTED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 164283  O/D:05/28/2013  D/C:06/01/2013 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Codes:

| DOB: ▓▓▓▓ | Sex: M | Allergies: NKA | Diagnosis: NKD | Init | Name | Init | Name |
|---|---|---|---|---|---|---|---|
| Unit: J GTR 2/L | | | | | | | |
| Name: MARTIN, HERBERT G | DOC #: 76859 | | | | | | |

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications | (05/2013) Time | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COZAAR 50MG TAB (LOSARTAN @) TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 91008 O/D:07/23/2012 D/C:07/22/2013 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FOR COREG 25MG TAB (CARVEDILOL @) TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 91009 O/D:07/23/2012 D/C:07/22/2013 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEGRETOL 200 MG TA (CARBAMAZEPINE @) TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 91011 O/D:07/23/2012 D/C:07/21/2013 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ZOCOR 10 MG TA (SIMVASTATIN @) TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL | 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 91012 O/D:07/23/2012 D/C:07/22/2013 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FOR NORVASC 10MG TAB (AMLODIPINE @) TAKE ONE TABLET BY MOUTH EVERY DAY | 0001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 120524 O/D:12/06/2012 D/C:12/05/2013 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FOR DILANTIN 100MG CAPS (PHENYTOIN EXT. @) TAKE 1 CAPSULE IN THE MORNING AND 3 CAPSULE IN THE EVENING | 0001 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 143649 O/D:03/02/2013 D/C:02/28/2014 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| METHOCARBAMOL @ 500 MG TA TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 143651 O/D:03/01/2013 D/C:02/27/2014 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Codes:

DOB: ____/1954     Sex: M     Allergies: NKA     Diagnosis: NKD
Unit: J GTR 3/R  3L
Name: MARTIN, HERBERT G     DOC #: 76859

| Init | Name | Init | Name |
|---|---|---|---|
| JH | Hill VP | PS | |
| DP | | | |

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications (05/2013) | Time | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZYRTEC 10 MG TA (CETIRIZINE @) TAKE ONE TABLET EVERY EVENING | 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 151014 O/D:04/03/2013 D/C:04/02/2014 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FOR OCEAN 0.65% [KOP] NASA (SODIUM CHLORIDE @ (OCEA | 0001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| 2 SPRAYS TO EACH NOSTRIL FOUR TIMES A DAY | 0002 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 0003 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 151018 O/D:04/03/2013 D/C:07/01/2013 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOLNAFTATE 1% CREA 1% CRE (TOLNAFTATE @) | 0001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| AP[ ]TWICE A DAY TO AFFECTED AREA *EXTERNAL USE ONLY!* | 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 152198 O/D:04/08/2013 D/C:07/06/2013 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BRETHINE 5 MG TA (TERBUTALINE @) TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL | 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 152200 O/D:04/08/2013 D/C:04/07/2014 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| INSULIN HUM 70/30 VL @ 100 U/ML INSU INJECT 15 UNITS EACH MORNING AND 6 UNITS EACH EVENING | 0001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| | 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 152201 O/D:04/09/2013 D/C:04/08/2014 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

MARTIN, HERBERT G 76859
PHENOL (CHLORASEPTIC) @ 1.4 %/6 OZ (FOR CHLO
AS DIRECTED

Rx   164283     D/C DATE 06/01/13     J GTR

Codes:

DOB: [redacted]/1954     Sex: M     Allergies: NKA     Diagnosis: NKD
Unit: J GTR 3/R  ZL
Name: MARTIN, HERBERT G     DOC #: 76859

| Init | Name | Init | Name |
|---|---|---|---|
| | | | |
| | | | |

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications (04/2013) | Time | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FOR NORVASC 10MG TAB (AMLODIPINE @) TAKE ONE TABLET BY MOUTH EVERY DAY | 0001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |

**Rx 120524  O/D:12/06/2012  D/C:12/05/2013**

| RESOURCE BENEPROTEIN PWD (ADULT NUTR. (BENEPROT | 0001 | | | | | | | | | | | | | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 0/0 |
| ONE SCOOP THREE TIMES DAILY AS DIRECTED | 0002 | | | | | | | | | | | | | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | |
| | 0004 | | | | | | | | | | | | | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | |

**Rx 130293  O/D:01/15/2013  D/C:04/14/2013**

| FOR DILANTIN 100MG CAPS (PHENYTOIN EXT. @) TAKE 1 CAPSULE IN THE MORNING AND 3 CAPSULE IN THE EVENING | 0001 / 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |

**Rx 143649  O/D:03/02/2013  D/C:02/28/2014**

| METHOCARBAMOL @ 500 MG TA TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 / 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |

**Rx 143651  O/D:03/01/2013  D/C:02/27/2014**

| TOLNAFTATE 1% CREA 1% CRE (TOLNAFTATE @) APPLY TWICE A DAY TO AFFECTED AREA *EXTERNAL USE ONLY!* | 0001 / 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |

KOP

**Rx 143654  O/D:03/01/2013  D/C:05/29/2013**

MARTIN, HERBERT G 76859
CETIRIZINE @ 10 MG (ZYRTEC)
TAKE ONE TABLET EVERY EVENING

Pm →

Rx 151014    D/C DATE 04/02/14    J GTR

MARTIN, HERBERT G 76859
IBUPROFEN @ 800 MG ()
TAKE 1 TABLET TWICE A DAY

Am →

Pm →    S/O 4/15/13

Rx 151020    D/C DATE 07/01/13    J G1

Codes:

DOB: ___954    Sex: M    Allergies: NKA    Diagnosis: NKD

| Init | Name | Init | Name |
|---|---|---|---|

Unit: J GTR 2/R
Name: MARTIN, HERBERT G    DOC #: 76859

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications | (04/2013) Time | 01 02 03 04 05 06 07 08 09 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 30 |
|---|---|---|
| BRETHINE 5 MG TA (TERBUTALINE @) TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL | 0004 | 0/0 |

Rx 76233 O/D:05/18/2012 D/C:05/17/2013
INSULIN HUM 70/30 VL @ 100 U/ML INSU INJECT 15 UNITS EACH MORNING AND 6 UNITS EACH EVENING
0001
0004
0/0

Rx 76235 O/D:05/18/2012 D/C:05/17/2013
COZAAR 50MG TAB (LOSARTAN @) TAKE ONE TABLET BY MOUTH TWICE A DAY
0001
0004
0/0

Rx 91008 O/D:07/23/2012 D/C:07/22/2013
FOR COREG 25MG TAB (CARVEDILOL @) TAKE ONE TABLET BY MOUTH TWICE A DAY
0001
0004
0/0

Rx 91009 O/D:07/23/2012 D/C:07/22/2013
TEGRETOL 200 MG TA (CARBAMAZEPINE @) TAKE ONE TABLET BY MOUTH TWICE A DAY
0001
0004
0/0

Rx 91011 O/D:07/23/2012 D/C:07/21/2013
ZOCOR 10 MG TA (SIMVASTATIN @) TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL
0004
0/0

Rx 91012 O/D:07/23/2012 D/C:07/22/2013
CLARITIN 10 MG TA (LORATADINE @) TAKE ONE TABLET BY MOUTH EVERY DAY
0001
0/0

Rx 115308 O/D:11/13/2012 D/C:11/12/2013
Codes:

DOB: ████ 1954    Sex: M    Allergies: NKA    Diagnosis: NKD
Unit: J GTR 2/R
Name: MARTIN, HERBERT G    DOC #: 76859

| Init | Name | Init | Name |
|---|---|---|---|
| | | | |
| | | | |

# MEDICATION ADMINISTRATION RECORD

**Facility:** LSP　　　　　　　　　　　　　　　　**Month:** 7/13

| INIT. | DRUG – DOSE – MODE – INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MARTIN, HERBERT G 76859 SODIUM CHLORIDE @ (OCEAN) 0.65% [KOP] (FOR O 2 SPRAYS TO EACH NOSTRIL FOUR TIMES A DAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **PRESC** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ORDER** Rx 151018　　D/C DATE 07/01/13　J GTR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | MARTIN, HERBERT G 76859 TOLNAFTATE @ 1% (TOLNAFTATE 1% CREA) APPLY TWICE A DAY TO AFFECTED AREA *EXTERNAL USE ONLY!* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ORI** Rx 152198　　D/C DATE 07/06/13　J GTR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ORDER DATE　　START DATE　　STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ORDER DATE　　START DATE　　STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ORDER DATE　　START DATE　　STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ORDER DATE　　START DATE　　STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ORDER DATE　　START DATE　　STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KOP

KOP

**DIAGNOSIS:**

**ALLERGIES:** NKA

**DOB/INMATE #:** 76859

**LOCATION:** CTR 2 R

**NAME:** Martin, Herbert

## MEDICATION ADMINISTRATION RECORD

Facility: **LSP**                                                     Month: **4/9/13**

| INIT. | DRUG  DOSE – MODE  INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MARTIN, HERBERT G 76859<br>TERBUTALINE @ 5 MG (BRETHINE)<br>TAKE ONE TABLET BY MOUTH AT THE 3RD PILL<br>CALL<br>PRESCR<br>ORDER Rx 152200    D/C DATE 04/07/14    J GTR | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER<br>ORDER DATE    START DATE    STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER<br>ORDER DATE    START DATE    STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER<br>ORDER DATE    START DATE    STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER<br>ORDER DATE    START DATE    STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER<br>ORDER DATE    START DATE    STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER<br>ORDER DATE    START DATE    STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| DIAGNOSIS: | DOB/INMATE #: | LOCATION: | NAME: |
|---|---|---|---|
| ALLERGIES: | 76859 | GTR2R | Herbert Martin<br>Martin, Herbert |

#3150 REV 6/07

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications                                                                 (03/2013) | Time | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| METHOCARBAMOL @ 500 MG TA TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 |  |  | L | L | L |  |  | L | L | L |  |  | L | L |  |  |  | L | L |  |  |  | L | L | L |  |  |  |  |  |  | 0/0 |
|  | 0004 |  |  | L | L | L |  |  | L | L | L |  |  | L | L |  |  |  | L | L |  |  |  | L | L | L |  |  |  |  |  |  |  |
| Rx 111530   O/D:10/22/2012   D/C:04/19/2013 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| FOR DILANTIN 100MG CAPS (PHENYTOIN EXT. @) TAKE 1 CAPSULE IN THE MORNING AND 3 CAPSULE IN THE EVENING | 0001 |  |  | L | L | L |  |  | L | L | L |  |  | L | L |  |  |  | L | L |  |  |  | L | L | L |  |  |  |  |  |  | 0/0 |
|  | 0004 |  |  | L | L | L |  |  | L | L | L |  |  | L | L |  |  |  | L | L |  |  |  | L | L | L |  |  |  |  |  |  |  |
| Rx 111534   O/D:10/22/2012   D/C:04/20/2013 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| CLARITIN 10 MG TA (LORATADINE @) TAKE ONE TABLET BY MOUTH EVERY DAY | 0001 |  |  | L | L | L |  |  | L | L | L |  |  | L | L |  |  |  | L | L |  |  |  | L | L | L |  |  |  |  |  |  | 0/0 |
| Rx 115308   O/D:11/13/2012   D/C:11/12/2013 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| FOR NORVASC 10MG TAB (AMLODIPINE @) TAKE ONE TABLET BY MOUTH EVERY DAY | 0001 |  |  | L | L | L |  |  | L | L | L |  |  | L | L |  |  |  | L | L |  |  |  | L | L | L |  |  |  |  |  |  | 0/0 |
| Rx 120524   O/D:12/06/2012   D/C:12/05/2013 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| NAPROXEN @ 500 MG TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 |  |  | L | L | L |  |  | L | L | L |  |  | L | L |  |  |  | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 0/0 |
|  | 0004 |  |  | L | L | L |  |  | L | L | L |  |  | L | L |  |  |  | X | X | X | X | X | X | X | X | X | X | X | X | X |  |  |
| Rx 124711   O/D:12/19/2012   D/C:03/18/2013 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| KENALOG OINT. 0.1% OINT (TRIAMCINOLONE (15GM) @) APPLY EVERY DAY TO TOE WEBS FOR THREE MONTHS | 0001 |  |  | KOP |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X | X | X | X | X | X | X | X | X | X | X | X | X |  | 0/0 |
| Rx 124712   O/D:12/19/2012   D/C:03/18/2013 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| RESOURCE BENEPROTEIN PWD (ADULT NUTR. (BENEPROT ONE SCOOP THREE TIMES DAILY AS DIRECTED | 0001 |  |  | L | L | L |  |  | L | L | L |  |  | L | L |  |  |  | L | L |  |  |  | L | L | L |  |  |  |  |  |  | 0/0 |
|  | 0002 |  |  | L | L | L |  |  | L | L | L |  |  | L | L |  |  |  | L | L |  |  |  | L | L | L |  |  |  |  |  |  |  |
|  | 0004 |  |  | L | L | L |  |  | L | L | L |  |  | L | L |  |  |  | L | L |  |  |  | L | L | L |  |  |  |  |  |  |  |
| Rx 130293   O/D:01/15/2013   D/C:04/14/2013 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Codes:

DOB: ████ 1954          Sex: M          Allergies: NKA          Diagnosis: NKD

Unit: J GTR 2/R

Name: MARTIN, HERBERT G          DOC #: 76859

| Init | Name | Init | Name |
|---|---|---|---|
|  |  |  |  |

# MEDICATION ADMINISTRATION RECORD

Facility: __LSB__    Month: __3/13__

| INIT. | DRUG - DOSE - MODE - INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MARTIN, HERBERT G 76859 CEPHALEXIN @ 500 MG () TAKE 1 CAP BY MOUTH AT 1ST & 2ND PC & 2 AT 3RD PC | AM NOON PM | | | | | | | | | | | | | | | L | L | | | L | L | | | L | L | L | | | Completed | | | |
| | Rx 146538    D/C DATE 03/27/13    J GTR    DP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ORDER DATE    START DATE    STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ORDER DATE    START DATE    STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ORDER DATE    START DATE    STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ORDER DATE    START DATE    STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ORDER DATE    START DATE    STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ORDER DATE    START DATE    STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DIAGNOSIS: _____

ALLERGIES: __NKDA__

DOB/INMATE #: __76859__

LOCATION: __GTR ZR__

NAME: __Martin__

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications | (03/2013) Time | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOLNAFTATE 1% CREA 1% CRE (TOLNAFTATE @) APPLY TWICE A DAY TO AFFECTED AREA *EXTERNAL USE ONLY!* Rx 74404 O/D:05/09/2012 D/C:04/02/2013 | 0001 0004 | | | | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| BRETHINE 5 MG TA (TERBUTALINE @) TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL Rx 76233 O/D:05/18/2012 D/C:05/17/2013 | 0004 | Do | BL | LL | | L | L | L | | L | L | | L | L | | L | L | L | | | | | | | | | | | | | | | 0/0 |
| INSULIN HUM 70/30 VL @ 100 U/ML INSU INJECT 15 UNITS EACH MORNING AND 6 UNITS EACH EVENING Rx 76235 O/D:05/18/2012 D/C:05/17/2013 | 0001 0004 | Do MB | L L | L L L | | U L L L | | L L | L L | | L L | L L | | L L | L L L | | | | | | | | | | | | | | | 0/0 |
| COZAAR 50MG TAB (LOSARTAN @) TAKE ONE TABLET BY MOUTH TWICE A DAY Rx 91008 O/D:07/23/2012 D/C:07/22/2013 | 0001 0004 | Do MB | L L | L L | | L L L | | L L | L L | | L L | L L | | L L | L L L | | | | | | | | | | | | | | | 0/0 |
| FOR COREG 25MG TAB (CARVEDILOL @) TAKE ONE TABLET BY MOUTH TWICE A DAY Rx 91009 O/D:07/23/2012 D/C:07/22/2013 | 0001 0004 | Do MB | L L | L L L | | L L L | | L L | L L | | L L | L L | | L L | L L L | | | | | | | | | | | | | | | 0/0 |
| TEGRETOL 200 MG TA (CARBAMAZEPINE @) TAKE ONE TABLET BY MOUTH TWICE A DAY Rx 91011 O/D:07/23/2012 D/C:07/21/2013 | 0001 0004 | Do MB | L L | L L L | | L L L | | L L | L L | | L L L | L L | | L L L | L L L | | | | | | | | | | | | | | | 0/0 |
| ZOCOR 10 MG TA (SIMVASTATIN @) TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL Rx 91012 O/D:07/23/2012 D/C:07/22/2013 | 0004 | Do | | L L | L | L L | L | L L | | L L | | L L | | L L | L L | | | | | | | | | | | | | | | | | 0/0 |

Codes:

DOB: [redacted]1954    Sex: M    Allergies: NKA    Diagnosis: NKD
Unit: J GTR 2/R
Name: MARTIN, HERBERT G    DOC #: 76859

| Init | Name | Init | Name |
|---|---|---|---|
| | | | |

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications | (02/2013) Time | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

METHOCARBAMOL @ 500 MG TA
TAKE ONE TABLET BY MOUTH TWICE A
DAY

Rx 111530  O/D:10/22/2012  D/C:04/19/2013
FOR DILANTIN 100MG CAPS (PHENYTOIN EXT. @)
TAKE 1 CAPSULE IN THE MORNING AND 3 CAPSULE
IN THE EVENING

Rx 111534  O/D:10/22/2012  D/C:04/20/2013
CLARITIN 10 MG TA (LORATADINE @)
TAKE ONE TABLET BY MOUTH EVERY DAY

Rx 115308  O/D:11/13/2012  D/C:11/12/2013
FOR NORVASC 10MG TAB (AMLODIPINE @)
TAKE ONE TABLET BY MOUTH EVERY DAY

Rx 120524  O/D:12/06/2012  D/C:12/05/2013
NAPROXEN @ 500 MG
TAKE ONE TABLET BY MOUTH TWICE A
DAY

Rx 124711  O/D:12/19/2012  D/C:03/18/2013
KENALOG OINT. 0.1% OINT (TRIAMCINOLONE (15GM) @)
APPLY EVERY DAY TO TOE WEBS FOR THREE MONTHS

Rx 124712  O/D:12/19/2012  D/C:03/18/2013
RESOURCE BENEPROTEIN PWD (ADULT NUTR. (BENEPROT
ONE SCOOP THREE TIMES DAILY AS DIRECTED

Rx 130293  O/D:01/15/2013  D/C:04/14/2013
Codes:

DOB: ___/1954    Sex: M    Allergies: NKA    Diagnosis: NKD
Unit: J GUDA-1/L Gator 2R
Name: MARTIN, HERBERT G    DOC #: 76859

| Init | Name | Init | Name |
|---|---|---|---|



CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications | (02/2013) Time | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

TOLNAFTATE 1% CREA 1% CRE (TOLNAFTATE @) 0001 / 0004 — APPLY TWICE A DAY TO AFFECTED AREA *EXTERNAL USE ONLY!* — 0/0

Rx 74404 O/D:05/09/2012 D/C:04/02/2013
BRETHINE 5 MG TA (TERBUTALINE @) 0004 TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL — 0/0

Rx 76233 O/D:05/18/2012 D/C:05/17/2013
INSULIN HUM 70/30 VL @ 100 U/ML INSU 0001 / 0004 INJECT 15 UNITS EACH MORNING AND 6 UNITS EACH EVENING — 0/0

Rx 76235 O/D:05/18/2012 D/C:05/17/2013
COZAAR 50MG TAB (LOSARTAN @) 0001 / 0004 TAKE ONE TABLET BY MOUTH TWICE A DAY — 0/0

Rx 91008 O/D:07/23/2012 D/C:07/22/2013
FOR COREG 25MG TAB (CARVEDILOL @) 0001 / 0004 TAKE ONE TABLET BY MOUTH TWICE A DAY — 0/0

Rx 91009 O/D:07/23/2012 D/C:07/22/2013
TEGRETOL 200 MG TA (CARBAMAZEPINE @) 0001 / 0004 TAKE ONE TABLET BY MOUTH TWICE A DAY — 0/0

Rx 91011 O/D:07/23/2012 D/C:07/21/2013
ZOCOR 10 MG TA (SIMVASTATIN @) 0004 TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL — 0/0

Rx 91012 O/D:07/23/2012 D/C:07/22/2013

Codes:

DOB: ____/1954     Sex: M     Allergies: NKA     Diagnosis: NKD
Unit: J GUDA 1A Gator 2R
Name: MARTIN, HERBERT G     DOC #: 76859

| Init | Name | Init | Name |
|---|---|---|---|

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications | (01/2013) Time | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOLNAFTATE 1% CREA 1% CRE (TOLNAFTATE @) APPLY TWICE A DAY TO AFFECTED AREA *EXTERNAL USE ONLY!* | 0001 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 74404 O/D:05/09/2012 D/C:04/02/2013 BRETHINE 5 MG TA (TERBUTALINE @) TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL | 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 76233 O/D:05/18/2012 D/C:05/17/2013 INSULIN HUM 70/30 VL @ 100 U/ML INSU INJECT 15 UNITS EACH MORNING AND 6 UNITS EACH EVENING | 0001 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 76235 O/D:05/18/2012 D/C:05/17/2013 COZAAR 50MG TAB (LOSARTAN @) TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 91008 O/D:07/23/2012 D/C:07/22/2013 FOR COREG 25MG TAB (CARVEDILOL @) TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 91009 O/D:07/23/2012 D/C:07/22/2013 TEGRETOL 200 MG TA (CARBAMAZEPINE @) TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 91011 O/D:07/23/2012 D/C:07/21/2013 ZOCOR 10 MG TA (SIMVASTATIN @) TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL | 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 91012 O/D:07/23/2012 D/C:07/22/2013 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Codes:

DOB: ____1954     Sex: M          Allergies: NKA          Diagnosis: NKD
Unit: J CUDA 1/R
Name: MARTIN, HERBERT G     DOC #: 76859

| Init | Name | Init | Name |
|---|---|---|---|
| | | | |

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications | (01/2013) Time |
|---|---|
| METHOCARBAMOL @ 500 MG TA TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 / 0004 |
| Rx 111530  O/D:10/22/2012  D/C:04/19/2013 | |
| FOR DILANTIN 100MG CAPS (PHENYTOIN EXT. @) TAKE 1 CAPSULE IN THE MORNING AND 3 CAPSULE IN THE EVENING | 0001 / 0004 |
| Rx 111534  O/D:10/22/2012  D/C:04/20/2013 | |
| CLARITIN 10 MG TA (LORATADINE @) TAKE ONE TABLET BY MOUTH EVERY DAY | 0001 |
| Rx 115308  O/D:11/13/2012  D/C:11/12/2013 | |
| FOR NORVASC 10MG TAB (AMLODIPINE @) TAKE ONE TABLET BY MOUTH EVERY DAY | 0001 |
| Rx 120524  O/D:12/06/2012  D/C:12/05/2013 | |
| NAPROXEN @ 500 MG TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 / 0004 |
| Rx 124711  O/D:12/19/2012  D/C:03/18/2013 | |
| KENALOG OINT. 0.1% OINT (TRIAMCINOLONE (15GM) @) APPLY EVERY DAY TO TOE WEBS FOR THREE MONTHS | 0001 |
| Rx 124712  O/D:12/19/2012  D/C:03/18/2013 | |
| MARTIN, HERBERT G 76859 CEPHALEXIN @ 500 MG () TAKE 1 CAP BY MOUTH  AT 1ST & 2ND PC & 2 AT 3RD PC | 1st / 2nd / 3rd |
| Rx   126640       D/C DATE 01/17/13      J CUDA | |

Codes:

DOB: ____954        Sex: M        Allergies: NKA        Diagnosis: NKD
Unit: J CUDA 1/R
Name: MARTIN, HERBERT G        DOC #: 76859

| Init | Name | Init | Name |
|---|---|---|---|
| | | | |

# MEDICATION ADMINISTRATION RECORD

Facility: _____LSP_____          Month: __Jan. 2013__

| INIT | DRUG – DOSE – MODE – INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MARTIN, HERBERT G 76859 KETOROLAC @ 10MG (TORADOL) TAKE ONE TABLET BY MOUTH THREE TIMES A DAY  D/C DATE 01/07/13  J CUDA | 1st 2nd 3rd | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | MARTIN, HERBERT G 76859 ADULT NUTR. (BENEPROTEIN) @ (RESOURCE BENEP MIX AND DRINK 1 SCOOP 3 TIMES DAILY  Rx 127380  D/C DATE 01/13/13  J CUDA | 001 002 003 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | MARTIN, HERBERT G 76859 ADULT NUTR. (BENEPROTEIN) @ (RESOURCE BENEP ONE SCOOP THREE TIMES DAILY AS DIRECTED  Rx 130293  D/C DATE 04/14/13  J CUDA | AM X PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER  ORDER DATE  START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER  ORDER DATE  START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER  ORDER DATE  START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER  ORDER DATE  START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| DIAGNOSIS: | DOB/INMATE #: | LOCATION: | NAME: |
|---|---|---|---|
| ALLERGIES: | 76859 | J Cuda 1R | Martin Herbert |

#3150 REV 6/07

Louisiana State Penitentiary
Capillary Blood Glucose Log

NAME: Martin Herbert                    DOC: 76859

LOCATION: Cuda                    Month/Year: Jan 2013

| Date | AM CBG Time/Result | | Signature | PM CBG Time/Result | | PM – Meal Time | Signature |
|------|------|------|------|------|------|------|------|
| 1/7/13 | 1st | 84 | Deede Godern | | | | |
| | | | | 3rd | Refused | | White Ch |
| 1/14/13 | 1st | 112 | | | | | |
| 1/17/13 | 1st | 215 | S. Fat, RN | | | | |
| 1/18/13 | 1st | 112 | S. Fat RN | | | | |
| 1-21-13 | 1st | 117 | Elaine Powell RN | | | | |
| 1/24/13 | 1st | | Refused Elaine Powell RN | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Please send this report with the Medication Administration Report at the end of every month to Health Information Management Department**

Accu√ Mon AM
Thurs PM

LSP TC-130    Rev. 06/2007

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications | (12/2012) Time | 01 02 03 04 05 06 07 08 09 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 31 |
|---|---|---|
| ZOCOR 10 MG TA (SIMVASTATIN @) TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL | 0004 | 0/0 |
| Rx 91012  O/D:07/23/2012  D/C:07/22/2013 CLOTRIMAZOLE @ 1%/ 15 GM CRM APPLY TWICE A DAY TO AFFECTED AREA *EXTERNAL USE ONLY!* | 0001 0004 | X X X X X X X X X X X  0/0  X X X X X X X X X |
| Rx 111527  O/D:10/22/2012  D/C:12/20/2012 KENALOG CR. 0.1% CRM (TRIAMCINOLONE (15GM) @) APPLY TWICE A DAY TO AFFECTED AREA *EXTERNAL USE ONLY!* | 0001 0004 | X X X X X X X X X X X  0/0  X X X X X X X X X X X |
| Rx 111528  O/D:10/22/2012  D/C:12/20/2012 METHOCARBAMOL @ 500 MG TA TAKE ONE TABLET BY MOUTH TWICE A DAY. | 0001 0004 | 0/0 |
| Rx 111530  O/D:10/22/2012  D/C:04/19/2013 FOR DILANTIN 100MG CAPS (PHENYTOIN EXT. @) TAKE 1 CAPSULE IN THE MORNING AND 3 CAPSULE IN THE EVENING | 0001 0004 | 0/0 |
| Rx 111534  O/D:10/22/2012  D/C:04/20/2013 CLARITIN 10 MG TA (LORATADINE @) TAKE ONE TABLET BY MOUTH EVERY DAY | 0001 | 0/0 |
| Rx 115308  O/D:11/13/2012  D/C:11/12/2013 FOR TYLENOL 325MG TAB (ACETAMINOPHEN @) TAKE 2 TABLETS BY MOUTH THREE TIMES A DAY | 0001 0002 0004 | X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X  0/0  X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X  X X X X X X X X X X X X X X X X X X X X X X X X X X X X X |
| Rx 115574  O/D:11/13/2012  D/C:12/02/2012 Codes: | | |

DOB: [redacted] 1954          Sex: M          Allergies: NKA          Diagnosis: NKD
Unit: J GAR 2/R
Name: MARTIN, HERBERT G          DOC #: 76859

| Init | Name | Init | Name |
|---|---|---|---|
| | | | |

## MEDICATION ADMINISTRATION RECORD

**Facility:** LSP - Angola    **Month:** Dec 12

| INIT. | DRUG – DOSE – MODE – INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MARTIN, HERBERT G 76859<br>NEOMY/POLYMX/HC SUSP OTIC @ 10 ML (CORTISPO<br>INSTILL 4 DROPS IN AFFECTED EAR(S) THREE<br>TIMES DAILY<br>Rx 119488   D/C DATE 12/12/12   J GAR   P DATE | | | | | | given 12/3/12 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Naproxen 500mg TBID<br>Rx# 124711<br>ORDER DATE   START DATE   STOP DATE 3-18-13 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Triancnolone oint<br>Rx 124712<br>ORDER DATE   START DATE   D/C 3-18-13 KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER<br>ORDER DATE   START DATE   STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER<br>ORDER DATE   START DATE   STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER<br>ORDER DATE   START DATE   STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER<br>ORDER DATE   START DATE   STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER<br>ORDER DATE   START DATE   STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| DIAGNOSIS: | DOB/INMATE #: | LOCATION: | NAME: |
|---|---|---|---|
| ALLERGIES: NKDA | 76859 | J GARDR | Martin, Herbert |

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications | (12/2012) Time | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

FOR NORVASC 10MG TAB (AMLODIPINE @)
TAKE ONE TABLET BY MOUTH EVERY DAY — 0001 — 0/0

Rx 53728 O/D:01/30/2012 D/C:01/28/2013

TOLNAFTATE 1% CREA 1% CRE (TOLNAFTATE @) — 0001
APPLY TWICE A DAY TO AFFECTED AREA — 0004
*EXTERNAL USE ONLY!* — 0/0

Rx 74404 O/D:05/09/2012 D/C:04/02/2013

BRETHINE 5 MG TA (TERBUTALINE @)
TAKE ONE TABLET BY MOUTH AT THE 3RD
PILL CALL — 0004 — 0/0

Rx 76233 O/D:05/18/2012 D/C:05/17/2013

INSULIN HUM 70/30 VL @ 100 U/ML INSU
INJECT 15 UNITS EACH MORNING AND 6
UNITS EACH EVENING — 0001 / 0004 — 0/0

Rx 76235 O/D:05/18/2012 D/C:05/17/2013

COZAAR 50MG TAB (LOSARTAN @)
TAKE ONE TABLET BY MOUTH TWICE A
DAY — 0001 / 0004 — 0/0

Rx 91008 O/D:07/23/2012 D/C:07/22/2013

FOR COREG 25MG TAB (CARVEDILOL @)
TAKE ONE TABLET BY MOUTH TWICE A
DAY — 0001 / 0004 — 0/0

Rx 91009 O/D:07/23/2012 D/C:07/22/2013

TEGRETOL 200 MG TA (CARBAMAZEPINE @)
TAKE ONE TABLET BY MOUTH TWICE A DAY — 0001 / 0004 — 0/0

Rx 91011 O/D:07/23/2012 D/C:07/21/2013

Codes:

DOB: ____/1954     Sex: M     Allergies: NKA     Diagnosis: NKD
Unit: J GAR 2/R
Name: MARTIN, HERBERT G     DOC #: 76859

| Init | Name | Init | Name |
|---|---|---|---|

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications | (11/2012) Time | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FOR NORVASC 10MG TAB (AMLODIPINE @) TAKE ONE TABLET BY MOUTH EVERY DAY | 0001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 53728 O/D:01/30/2012 D/C:01/28/2013 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOLNAFTATE 1% CREA 1% CRE (TOLNAFTATE @) APPLY TWICE A DAY TO AFFECTED AREA *EXTERNAL USE ONLY!* | 0001 00043 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 74404 O/D:05/09/2012 D/C:04/02/2013 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BRETHINE 5 MG TA (TERBUTALINE @) TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL | 00043 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 76233 O/D:05/18/2012 D/C:05/17/2013 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| INSULIN HUM 70/30 VL @ 100 U/ML INSU INJECT 15 UNITS EACH MORNING AND 6 UNITS EACH EVENING | 0001 00043 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 76235 O/D:05/18/2012 D/C:05/17/2013 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CLARITIN 10 MG TA (LORATADINE @) TAKE ONE TABLET BY MOUTH EVERY DAY | 0001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 81244 O/D:06/12/2012 D/C:12/08/2012 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| COZAAR 50MG TAB (LOSARTAN @) TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 00043 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 91008 O/D:07/23/2012 D/C:07/22/2013 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FOR COREG 25MG TAB (CARVEDILOL @) TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 00043 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 91009 O/D:07/23/2012 D/C:07/22/2013 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Codes:

| | | | |
|---|---|---|---|
| DOB: ███ 1954 | Sex: M | Allergies: NKA | Diagnosis: NKD |
| Unit: J GAR 2/R | | | |
| Name: MARTIN, HERBERT G | DOC #: 76859 | | |

Init Name / Init Name

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications | (11/2012) Time | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

TEGRETOL 200 MG TA (CARBAMAZEPINE @)  —  0001 / 0004.3
TAKE ONE TABLET BY MOUTH TWICE A DAY                                                                  0/0

Rx 91011   O/D:07/23/2012   D/C:07/21/2013

ZOCOR 10 MG TA (SIMVASTATIN @)  —  0004.3
MARTIN, HERBERT G 76859
SIMVASTATIN @ 10 MG (ZOCOR)        D
TAKE ONE TABLET BY MOUTH AT THE 3RD PILL
CALL                                                                                              0/0

Rx   91012          D/C DATE 07/22/13     J GAR   .3

FOR TYLENOL 325MG TAB (ACETAMINOPHEN @)  —  0001 / 0002 / 0004.3
TAKE ONE TABLET BY MOUTH THREE TIMES A DAY                                                         0/0

Rx 108308  O/D:10/10/2012  D/C:11/18/2012

CLOTRIMAZOLE @ 1%/ 15 GM CRM  —  0001 / 0004.3
APPLY TWICE A DAY TO AFFECTED AREA
*EXTERNAL USE ONLY!*                                                                               0/0

Rx 111527  O/D:10/22/2012  D/C:12/20/2012

KENALOG CR. 0.1% CRM (TRIAMCINOLONE (15GM) @)  —  0001 / 0004
APPLY TWICE A DAY TO AFFECTED AREA *EXTERNAL USE
ONLY!*          10-23                                                                              0/0

Rx 111528  O/D:10/22/2012  D/C:12/20/2012

METHOCARBAMOL @ 500 MG TA  —  0001 / 0004.3
TAKE ONE TABLET BY MOUTH TWICE A DAY                                                               0/0

Rx 111530  O/D:10/22/2012  D/C:04/19/2013

FOR DILANTIN 100MG CAPS (PHENYTOIN EXT. @)  —  0001 / 0004
TAKE 1 CAPSULE IN THE MORNING AND 3 CAPSULE
IN THE EVENING                                                                                     0/0

Rx 111534  O/D:10/22/2012  D/C:04/20/2013

Codes:

DOB: ___/1954      Sex: M          Allergies: NKA          Diagnosis: NKD

Unit: J GAR 2/R

Name: MARTIN, HERBERT G          DOC #: 76859

| Init | Name | Init | Name |
|---|---|---|---|

# MEDICATION ADMINISTRATION RECORD

LSP

Facility: _____

Month: *November*

| INIT. | DRUG – DOSE – MODE   INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cephalexin 500mg Take 1 cap@1st and 2nd pillcall and 2caps@ 3rd pillcall. RX 115577 | 001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER | 002 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ORDER DATE   START DATE   STOP DATE 11/27/12 | 003 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | MARTIN, HERBERT G 76859 ACETAMINOPHEN @ 325MG (FOR TYLENOL) TAKE 2 TABLETS BY MOUTH THREE TIMES A DAY | 001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 002 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBE | 003 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ORDER DATE   Rx   115574   D/C DATE 12/02/12   J GAR  12/2/12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | MARTIN, HERBERT G 76859 KETOROLAC @ 10MG (TORADOL) TAKE ONE TABLET BY MOUTH THREE TIMES A DAY | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER | NON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ORDER DATE | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Rx   117425   D/C DATE 11/24/12   J GAR | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Benegrozin + Scoop TID | NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ORDER DATE 11/20/12   START DATE   STOP DATE 11/24/12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ORDER DATE   START DATE   STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ORDER DATE   START DATE   STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PRESCRIBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | ORDER DATE   START DATE   STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| DIAGNOSIS: | DOB/INMATE #: | LOCATION: | NAME: |
|---|---|---|---|
| ALLERGIES: | #76859 | GAr 2R | MARTIN, Herbert |

#3150 REV 6/07

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications | (10/2012) Time | 01 02 03 04 05 06 07 08 09 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 31 |
|---|---|---|
| FOR NORVASC 10MG TAB (AMLODIPINE @) TAKE ONE TABLET BY MOUTH EVERY DAY | 0001 | 0/0 |
| Rx 53728 O/D:01/30/2012 D/C:01/28/2013 | | |
| TOLNAFTATE 1% CREA 1% CRE (TOLNAFTATE @) APPLY TWICE A DAY TO AFFECTED AREA *EXTERNAL USE ONLY!* | 0001 0004 | 0/0 |
| Rx 74404 O/D:05/09/2012 D/C:11/04/2012 | | |
| FO...ANTIN 100MG CAPS (PHENYTOIN EXT. @) TAKE 3 CAPS BY MOUTH AT LAST PILL CALL | 0004 | 0/0 |
| Rx 76232 O/D:05/18/2012 D/C:05/17/2013 | | |
| BRETHINE 5 MG TA (TERBUTALINE @) TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL | 0004 | 0/0 |
| Rx 76233 O/D:05/18/2012 D/C:05/17/2013 | | |
| INSULIN HUM 70/30 VL @ 100 U/ML INSU INJECT 15 UNITS EACH MORNING AND 6 UNITS EACH EVENING | 0001 0004 | 0/0 |
| Rx 76235 O/D:05/18/2012 D/C:05/17/2013 | | |
| CLARITIN 10 MG TA (LORATADINE @) TAKE ONE TABLET BY MOUTH EVERY DAY | 0001 | 0/0 |
| Rx 81244 O/D:06/12/2012 D/C:12/08/2012 | | |
| COZAAR 50MG TAB (LOSARTAN @) TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 0004 | 0/0 |
| Rx 91008 O/D:07/23/2012 D/C:07/22/2013 | | |

Codes:

DOB: ___1954     Sex: M     Allergies: NKA     Diagnosis: NKD
Unit: J GAR 2/R
Name: MARTIN, HERBERT G     DOC #: 76859

Init | Name | Init | Name

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications (10/2012) | Time | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

FOR COREG 25MG TAB (CARVEDILOL @) — 0001 / 0003
TAKE ONE TABLET BY MOUTH TWICE A DAY

Rx 91009 O/D:07/23/2012 D/C:07/22/2013
TEGRETOL 200 MG TA (CARBAMAZEPINE @) — 0001 / 0003
TAKE ONE TABLET BY MOUTH TWICE A DAY

Rx 91011 O/D:07/23/2012 D/C:07/21/2013
ZOCOR 10 MG TA (SIMVASTATIN @) — 0003
TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL

Rx 91012 O/D:07/23/2012 D/C:07/22/2013
FOR TYLENOL 325MG TAB (ACETAMINOPHEN @) — 0001 / 0002 / 0003
TAKE 2 TABLETS BY MOUTH THREE TIMES A DAY

Rx 102053 O/D:09/12/2012 D/C:10/01/2012
MARTIN, HERBERT G 76859
ACETAMINOPHEN @ 325MG (FOR TYLENOL)
TAKE ONE TABLET BY MOUTH THREE TIMES A DAY — 1st / 2nd / 3rd

Rx 108308    D/C DATE 11/18/12    J GAR

MARTIN, HERBERT G 76859
CEPHALEXIN @ 500 MG ()
TAKE 1 CAP AT 1ST AND 2ND PC AND 2 CAPS AT 3RD PC — 1st / 2nd / 3rd

Rx 108307    D/C DATE 10/25/12    J GAR

MARTIN, HERBERT G 76859
TRIPLE ANTI. TOP. @ .5 OZ (NEOSPORIN(TOPICAL
AS DIRECTED ACCORDING TO DIRECTIONS ON PACKAGE *EXTERNAL USE ONLY!*

Rx 109444    D/C DATE 10/21/12    J GAR

Codes:

DOB: ____/1954    Sex: M    Allergies: NKA    Diagnosis: NKD
Unit: J GAR 2/R
Name: MARTIN, HERBERT G    DOC #: 76859

| Init | Name | Init | Name |
|---|---|---|---|

## MEDICATION CHARTING SHEET

| A. PUT INITIALS IN APPROPRIATE BOX WHEN MED. GIVEN | | | B. CIRCLE INITIALS WHEN MED. REFUSED | | | C. STATE REASON REFUSED IN NURSES NOTES | | | D. PRN MEDS. REASON GIVEN | | | NURSES NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | SIGNATURE | INIT | NAME | SIGNATURE | INIT | NAME | SIGNATURE | INIT | NAME | SIGNATURE | INIT | |
| 1 | | | 3 | Kate Simm | B | 5 | | CP | 7 | C Partin | | DC = DISCONTINUED |
| 2 | | | 4 | | | 6 | | | 8 | | | O = OMIT OR REF |

| MEDICATIONS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MARTIN, HERBERT G 76859<br>BISMUTH SUBSALIC. @ (PEPTO) 1.75% (PEPTO-BIS<br>USE AS DIRECTED<br><br>Rx  109445    D/C DATE 10/21/12    J GAR | a.m.<br>noon<br>p.m.<br>h.s. | | | | | | | | | | | | | | | | Kof<br>give<br>10-16-12<br>L | | | | | | | | | | | | | | | | |
| MARTIN, HERBERT G 76859<br>METHOCARBAMOL @ 500 MG ()<br>TAKE ONE TABLET BY MOUTH TWICE A DAY<br><br>111530    D/C DATE 04/19/13    J GAR | a.m.<br>noon<br>p.m.<br>h.s. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARTIN, HERBERT G 76859<br>TRIAMCINOLONE (15GM) @ 0.1% (KENALOG CR.)<br>APPLY TWICE A DAY TO AFFECTED AREA<br>*EXTERNAL USE ONLY!*<br><br>Rx  111528    D/C DATE 12/20/12    J GAR | a.m.<br>noon<br>p.m.<br>h.s. | | | | | | | | | | | | | | | | | | | | | | | Kof<br>give<br>n/up<br>L | | | | | | | | |
| MARTIN, HERBERT G 76859<br>CLOTRIMAZOLE @ 1%/ 15 GM ()<br>APPLY TWICE A DAY TO AFFECTED AREA<br>*EXTERNAL USE ONLY!*<br><br>Rx  111527    D/C DATE 12/20/12    J GAR | i.m.<br>noon<br>t.m.<br>h.s. | | | | | | | | | | | | | | | | | | | | | | | Kof<br>give<br>10/1/15<br>L | | | | | | | | |
| Dilantin 100mg  Rx: 111534<br>Take 1 cap PO q am & 3 caps PO<br>in the evening  Dr. Toca<br>10/22/12    D/C 4/20/13 | a.m.<br>noon<br>p.m.<br>h.s. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | a.m.<br>noon<br>p.m.<br>h.s. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | a.m.<br>noon<br>p.m.<br>h.s. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| DATE | | | PULSE RATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Martin  Herbert    M
DoB ___/___/1954
J Gar  2/12    76859

ALLERGIES

NKA

INJECTION SITE NUMBERS
1. BUTTOCKS (GLUTES) LEFT
2. BUTTOCKS (GLUTES) RIGHT
3. ARM (DELTOID) LEFT
4. ARM (DELTOID) RIGHT
5. THIGH (QUADRACEPTS) LEFT
6. THIGH (QUADRACEPS) RIGHT

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications (09/2012) | Time | 01 02 03 04 05 06 07 08 09 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 30 |
|---|---|---|
| COZAAR 50MG TAB (LOSARTAN @) TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 | 0/0 |
| | 00043 | |
| Rx 91008  O/D:07/23/2012  D/C:07/22/2013 | | |
| FOR COREG 25MG TAB (CARVEDILOL @) TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 | 0/0 |
| | 00043 | |
| Rx 91009  O/D:07/23/2012  D/C:07/22/2013 | | |
| TEGRETOL 200 MG TA (CARBAMAZEPINE @) TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 | 0/0 |
| | 00043 | |
| Rx 91011  O/D:07/23/2012  D/C:07/21/2013 | | |
| ZOCOR 10 MG TA (SIMVASTATIN @) TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL | 00043 | 0/0 |
| Rx 91012  O/D:07/23/2012  D/C:07/22/2013 | | |
| Keflex 500mg    Rx 102052 Take 1 Cap @ 1st & 2nd pc 32 cap @ 3u PC    DC 9/24/12 | 1 2 3 | D/C |
| Tylenol 325mg    Rx 102053 take 2 tabs TID    DC 10/4/12 | 1 2 3 | |

Codes:

DOB: ___/1954        Sex: M        Allergies: NKA        Diagnosis: NKD
Unit: J GTR 3/R
Name: MARTIN, HERBERT G        DOC #: 76859

| Init | Name | Init | Name |
|---|---|---|---|
| | | | |

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications                                                                                                   (08/2012) | Time | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALBUTEROL SULFATE 90 MCG. (VENTOLIN HFA @) USE 2 PUFFS EVERY 4 HOURS AS NEEDED >> SHAKE WELL << | 0001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 23592 O/D:09/08/2011 D/C:09/06/2012 FOR NORVASC 10MG TAB (AMLODIPINE @) TAKE ONE TABLET BY MOUTH EVERY DAY | 0001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 53728 O/D:01/30/2012 D/C:01/28/2013 TOLNAFTATE 1% CREA 1% CRE (TOLNAFTATE @) APPLY TWICE A DAY TO AFFECTED AREA *EXTERNAL USE ONLY!* | 0001 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 74404 O/D:05/09/2012 D/C:11/04/2012 FOR DILANTIN 100MG CAPS (PHENYTOIN EXT. @) TAKE 3 CAPS BY MOUTH AT LAST PILL CALL | 0003 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 76232 O/D:05/18/2012 D/C:05/17/2013 BRETHINE 5 MG TA (TERBUTALINE @) TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL | 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 76233 O/D:05/18/2012 D/C:05/17/2013 INSULIN HUM 70/30 VL @ 100 U/ML INSU INJECT 15 UNITS EACH MORNING AND 6 UNITS EACH EVENING | 0001 0003 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 6235 O/D:05/18/2012 D/C:05/17/2013 CLARITIN 10 MG TA (LORATADINE @) TAKE ONE TABLET BY MOUTH EVERY DAY | 0001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 81244 O/D:06/12/2012 D/C:12/08/2012 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Codes:

DOB: ████1954        Sex: M            Allergies: NKA              Diagnosis: NKD
Unit: J GTR 3/R
Name: MARTIN, HERBERT G          DOC #: 76859

| Init | Name | Init | Name |
|---|---|---|---|
| | | PS | |
| GP | Aquilla Katherina | | |
| EP | | | |

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications                                  (08/2012) | Time | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 31 |

COZAAR 50MG TAB (LOSARTAN @)     0001
TAKE ONE TABLET BY MOUTH TWICE A     0003
DAY

Rx  91008   O/D:07/23/2012   D/C:07/22/2013
FOR COREG 25MG TAB (CARVEDILOL @)     0001
TAKE ONE TABLET BY MOUTH TWICE A     0003
DAY

Rx  91009   O/D:07/23/2012   D/C:07/22/2013
TEGRETOL 200 MG TA (CARBAMAZEPINE @)     0001
TAKE ONE TABLET BY MOUTH TWICE A DAY     0003

Rx  91011   O/D:07/23/2012   D/C:07/21/2013
ZOCOR 10 MG TA (SIMVASTATIN @)     0003
TAKE ONE TABLET BY MOUTH AT THE 3RD
PILL CALL

Rx  91012   O/D:07/23/2012   D/C:07/22/2013

MARTIN, HERBERT G 76859
NEOMY/POLYMX/HC SUSP OTIC @ 10 ML (CORTISPO
PLACE 4 DROPS IN EACH EAR 4 TIMES A DAY

Rx  94596        D/C DATE 08/17/12     J GTR

MARTIN, HERBERT G 76859
TRIPLE ANTI. TOP. @ .5 OZ (NEOSPORIN(TOPICAL
AS DIRECTED ACCORDING TO DIRECTIONS ON
PACKAGE *EXTERNAL USE ONLY!*

Rx  ███91        D/C DATE 08/19/12     J GTR

MARTIN, HERBERT G 76859
BISMUTH SUBSALIC. @ (PEPTO) 1.75% (PEPTO-BIS
USE AS DIRECTED

Rx  97794        D/C DATE 08/27/12     J GTR

Codes:

DOB: ████1954        Sex: M        Allergies: NKA        Diagnosis: NKD

Unit: J GTR 3/R

Name: MARTIN, HERBERT G        DOC #: 76859

| Init | Name | Init | Name |
|------|------|------|------|

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications | (07/2012) Time | 01 02 03 04 05 06 07 08 09 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 31 |
|---|---|---|
| FOR DILANTIN 100MG CAPS (PHENYTOIN EXT. @) TAKE 3 CAPS BY MOUTH AT LAST PILL CALL | 00004 | |
| Rx 76232 O/D:05/18/2012 D/C:05/17/2013 BRETHINE 5 MG TA (TERBUTALINE @) TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL | 00004 | |
| Rx 76233 O/D:05/18/2012 D/C:05/17/2013 INSULIN HUM 70/30 VL @ 100 U/ML INSU INJECT 15 UNITS EACH MORNING AND 6 UNITS EACH EVENING | 0001 00004 | |
| Rx 76235 O/D:05/18/2012 D/C:05/17/2013 CLARITIN 10 MG TA (LORATADINE @) TAKE ONE TABLET BY MOUTH EVERY DAY | 0001 | |
| Rx 81244 O/D:06/12/2012 D/C:12/08/2012 MARTIN, HERBERT G 76859 GUAIFENESIN @ 200 MG () TAKE 3 TABLETS BY MOUTH TWICE A DAY | 1st 3rd | |
| Rx 91494    D/C DATE 07/28/12    J GAR | | |

Codes:

DOB: [redacted]/1954    Sex: M    Allergies: NKA    Diagnosis: NKD
Unit: J CUDA 4/R
Name: MARTIN, HERBERT G    DOC #: 76859

| Init | Name | Init | Name |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Louisiana State Penitentiary
Capillary Blood Glucose Log

NAME: Martin, Herbert            DOC: 76859

LOCATION: Shark 4L              Month/Year: July 12

| Date | AM CBG Time/Result | Signature | PM CBG Time/Result | PM -- Meal Time | Signature |
|------|----|----|----|----|----|
| 7/1/12 | 7:00 AM  172 | D Snell | 4:00pn  127 | | VOID Quch Holly |
| 7/5/12 | | | 4.00pn  127 | | Quch Holly |
| 7/09/12 | 1st  113 | DeQuilla Parkee up | | | |
| 7/12/12 | | | 3rd  93 | PC | DeQuilla Parkee |
| 7/23/12 | 1st  Refused DeQuilla Parkee | | | | |
| 7/29/12 | 1st  168 | Quch Snell | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Please send this report with the Medication Administration Report at the end of every month to Health Information Management Department**

Accus Mon qcm
Thurs q PN

Rev. 06/2007

CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications (07/2012) | Time | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ALBUTEROL SULFATE 90 MCG. (VENTOLIN HFA @) — 0001 — 0/0
USE 2 PUFFS EVERY 4 HOURS AS NEEDED >>
SHAKE WELL <<

Rx 23592 O/D:09/08/2011 D/C:09/06/2012
FOR NORVASC 10MG TAB (AMLODIPINE @) — 0001 — 0/0
TAKE ONE TABLET BY MOUTH EVERY DAY

Rx 53728 O/D:01/30/2012 D/C:01/28/2013
FOR COREG 25MG TAB (CARVEDILOL @) — 0001 — 0/0
TAKE ONE TABLET BY MOUTH TWICE A — 0004
DAY

Rx 58732 O/D:02/23/2012 D/C:08/20/2012
COZAAR 50MG TAB (LOSARTAN @) — 0001 — 0/0
TAKE ONE TABLET BY MOUTH TWICE A — 0004
DAY

Rx 58733 O/D:02/23/2012 D/C:08/20/2012
ZOCOR 10 MG TA (SIMVASTATIN @) — 0004 — 0/0
TAKE ONE TABLET BY MOUTH AT THE 3RD
PILL CALL

Rx 58735 O/D:02/23/2012 D/C:08/20/2012
TEGRETOL 200 MG TA (CARBAMAZEPINE @) — 0001 — 0/0
TAKE ONE TABLET BY MOUTH TWICE A DAY — 0004

Rx 60805 O/D:03/05/2012 D/C:08/31/2012
TOLNAFTATE 1% CREA 1% CRE (TOLNAFTATE @) — 0001 — 0/0
APPLY TWICE A DAY TO AFFECTED AREA — 0004
"EXTERNAL USE ONLY!"

Rx 74404 O/D:05/09/2012 D/C:11/04/2012
Codes:

DOB: █████/1954    Sex: M    Allergies: NKA    Diagnosis: NKD
Unit: J CUDA 4/R
Name: MARTIN, HERBERT G    DOC #: 76859

| Init | Name | Init | Name |
|---|---|---|---|

shad B R 4L
6 TC 3 R

CAMP J

**LSP PHARMACY**
Medication Administration Record



| Medications | (06/2012) Time | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALBUTEROL SULFATE 90 MCG. (VENTOLIN HFA @) USE 2 PUFFS EVERY 4 HOURS AS NEEDED >> SHAKE WELL << | 0001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 23592 O/D:09/08/2011 D/C:09/06/2012 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CLARITIN 10 MG TA (LORATADINE @) TAKE ONE TABLET BY MOUTH EVERY DAY | 0001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 48747 O/D:01/05/2012 D/C:07/02/2012 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FOR NORVASC 10MG TAB (AMLODIPINE @) TAKE ONE TABLET BY MOUTH EVERY DAY | 0001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 53728 O/D:01/30/2012 D/C:01/28/2013 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FOR COREG 25MG TAB (CARVEDILOL @) TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 0003 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 58732 O/D:02/23/2012 D/C:08/20/2012 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| COZAAR 50MG TAB (LOSARTAN @) TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 0003 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 58733 O/D:02/23/2012 D/C:08/20/2012 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ZOCOR 10 MG TA (SIMVASTATIN @) TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL | 0003 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 58735 O/D:02/23/2012 D/C:08/20/2012 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEGRETOL 200 MG TA (CARBAMAZEPINE @) TAKE ONE TABLET BY MOUTH TWICE A DAY | 0001 0003 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0/0 |
| Rx 60805 O/D:03/05/2012 D/C:08/31/2012 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Codes:

DOB: ███████1954          Sex: M          Allergies: NKA          Diagnosis: NKD

Unit: J GAR 1/R 0

Name: MARTIN, HERBERT G          DOC #: 76859

| Init | Name | Init | Name |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |



CAMP J

**LSP PHARMACY**
Medication Administration Record

| Medications | (06/2012) | Time | 01 02 03 04 05 06 07 08 09 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 30 |
|---|---|---|---|
| TOLNAFTATE 1% CREA 1% CRE (TOLNAFTATE @) APPLY TWICE A DAY TO AFFECTED AREA *EXTERNAL USE ONLY!* Rx 74404 O/D:05/09/2012 D/C:11/04/2012 | | 0001 0004 | 0/0 |
| FOR DILANTIN 100MG CAPS (PHENYTOIN EXT. @) TAKE 3 CAPS BY MOUTH AT LAST PILL CALL Rx 76232 O/D:05/18/2012 D/C:05/17/2013 | | 0003 | 0/0 |
| BRETHINE 5 MG TA (TERBUTALINE @) TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL Rx 76233 O/D:05/18/2012 D/C:05/17/2013 | | 0003 | 0/0 |
| INSULIN HUM 70/30 VL @ 100 U/ML INSU INJECT 15 UNITS EACH MORNING AND 6 UNITS EACH EVENING Rx 76235 O/D:05/18/2012 D/C:05/17/2013 | | 0001 0003 | 0/0 |

Neosporin (Topical)
Use As Directed    Ott, Emt
Rx. 79003    D/C 6/10/12
Pepto Bismol
Use As Directed    Ott, Emt
Rx. 79004    D/C 6/10/12

MARTIN, HERBERT G 76859
LORATADINE @ 10 MG (CLARITIN)
TAKE ONE TABLET BY MOUTH EVERY DAY

Rx   81244    D/C DATE 12/08/12    J CUDA

Codes:

DOB: ____/1954    Sex: M    Allergies: NKA    Diagnosis: NKD
Unit: J GAR 1/R 0
Name: MARTIN, HERBERT G    DOC #: 76859

| Init | Name | Init | Name |
|---|---|---|---|
| | | | |

# MEDICATION ADMINISTRATION RECORD

**Facility:** LSP          Camp J          **Month:** June 2012

| INIT. | DRUG – DOSE   MODE   INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MARTIN, HERBERT G 76859<br>BISMUTH SUBSALIC. @ (PEPTO) 1.75% (PEPTO-BIS<br>TAKE AS DIRECTED 3 TIMES A DAY<br>PRES<br>ORDER 84899   D/C DATE 06/27/12   LCHDA STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

PRESCRIBER
ORDER DATE          START DATE          STOP DATE

PRESCRIBER
ORDER DATE          START DATE          STOP DATE

PRESCRIBER
ORDER DATE          START DATE          STOP DATE

PRESCRIBER
ORDER DATE          START DATE          STOP DATE

PRESCRIBER
ORDER DATE          START DATE          STOP DATE

PRESCRIBER
ORDER DATE          START DATE          STOP DATE

PRESCRIBER
ORDER DATE          START DATE          STOP DATE

| DIAGNOSIS: NKD | DOB/INMATE #: 76859 | LOCATION: Camp J Shock 4L | NAME: Martin, Herbert |
|---|---|---|---|
| ALLERGIES: NKA | | | |

#3150 REV 6/07

```
                    LOUISIANA STATE PENITENTIARY
                    R.E . BARROW, JR. TREATMENT CENTER
                         ANGOLA, LA  70712
TO: INMATE
                             MEMORANDUM
TO: DIETICIAN      MEMO TYPED DATE:11/01/2013    ISSUED DATE:11/01/2013

FROM: HEALTH INFORMATION MANAGEMENT DEPARTMENT        RE: DIET
==========================================================================
-                         LOCATION:J GTR 2/R
DOC#:76859          NAME:MARTIN            ,HERBERT            RACE:B

TEMPORARY DIET
SOFT DIET X THREE (3) MONTHS
PER ORDERS OF DR CANNON, DDS
DIET EXPIRES ON: 02/01/2014  AND REVERTS BACK TO PERMANENT DIET AT MIDNIGHT.
*************************************************************************
PERMANENT DIET:    MEMO TYPED DATE: 06/21/2007   ISSUED DATE: 03/30/2007
2000 CALORIE ADA, LOW CHOLESTEROL, LOW FAT DIET WITH PM SNACK X PERMANENT



PER ORDERS OF: DR.TRAN,MD

                                            CARDIAC
Diet Catetory:                     LISTING  DIABETIC
                                            RENAL
                                            HYPERTENSIVE
                                            OTHER
```

**≤LabCorp** LabCorp Birmingham
Laboratory Corporation of America
1801 First Avenue South, Birmingham, AL 35233-1935



**≤LabCorp**
Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 197-252-0423-0 | S | MB | COMPLETE | Page #: | 1 |

| ADDITIONAL INFORMATION | | |
|---|---|---|
| TOCE . | FASTING: Y DOB: 8/07/1954 | |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| MARTIN,HERBERT | M | 58 / ■ |

PT. ADD.:

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 7/16/2013    11:05 | 7/16/2013 | 7/17/2013 | 13:18 | 4288 |

| CLINICAL INFORMATION | | |
|---|---|---|
| CD- 41103843129 | | |

| PHYSICIAN ID. TOCE | NPI | PATIENT ID. 76859 |
|---|---|---|

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola                       LA  70712-0000
ACCOUNT NUMBER:    17803060

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| WBC | 4.5 | x10E3/uL | 4.0 - 10.5 | 01 |
| RBC | 4.72 | x10E6/uL | 4.14 - 5.80 | 01 |
| > **Hemoglobin** | **12.0L** | **g/dL** | **12.6 - 17.7** | **01** |
| Hematocrit | 39.5 | % | 37.5 - 51.0 | 01 |
| MCV | 84 | fL | 79 - 97 | 01 |
| > **MCH** | **25.4L** | **pg** | **26.6 - 33.0** | **01** |
| > **MCHC** | **30.4L** | **g/dL** | **31.5 - 35.7** | **01** |
| > **RDW** | **16.9H** | **%** | **12.3 - 15.4** | **01** |
| Platelets | 245 | x10E3/uL | 140 - 415 | 01 |
| Neutrophils | 59 | % | 40 - 74 | 01 |
| Lymphs | 24 | % | 14 - 46 | 01 |
| Monocytes | 12 | % | 4 - 13 | 01 |
| Eos | 5 | % | 0 - 7 | 01 |
| Basos | 0 | % | 0 - 3 | 01 |
| Neutrophils (Absolute) | 2.6 | x10E3/uL | 1.8 - 7.8 | 01 |
| Lymphs (Absolute) | 1.1 | x10E3/uL | 0.7 - 4.5 | 01 |
| Monocytes (Absolute) | 0.6 | x10E3/uL | 0.1 - 1.0 | 01 |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | 01 |
| Immature Granulocytes | 0 | % | 0 - 2 | 01 |
| Immature Grans (Abs) | 0.0 | x10E3/uL | 0.0 - 0.1 | 01 |
| Comp. Metabolic Panel (14) | | | | |
| Glucose, Serum | 88 | mg/dL | 65 - 99 | 01 |
| BUN | 12 | mg/dL | 6 - 24 | 01 |
| Creatinine, Serum | 0.93 | mg/dL | 0.76 - 1.27 | 01 |
| eGFR If NonAfricn Am | 90 | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 104 | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 13 | | 9 - 20 | |
| Sodium, Serum | 141 | mmol/L | 134 - 144 | 01 |
| Potassium, Serum | 3.6 | mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 102 | mmol/L | 97 - 108 | 01 |
| Carbon Dioxide, Total | 23 | mmol/L | 19 - 28 | 01 |
| Calcium, Serum | 9.2 | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total, Serum | 6.5 | g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 4.2 | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 2.3 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.8 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.2 | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase, S | 81 | IU/L | 44 - 102 | 01 |

| Pat Name: MARTIN,HERBERT | Pat ID: 76859 | Spec #: 197-252-0423-0 | Seq #: 4288 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

Continued on Next Page                       LCM Version: 03.26.01



**LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-1935

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 197-252-0423-0 | S | MB | COMPLETE | Page #: | 2 |

| ADDITIONAL INFORMATION | | | CLINICAL INFORMATION | | |
|---|---|---|---|---|---|
| TOCE  . | FASTING: Y<br>DOB: 8/07/1954 | | CD- 41103843129 | | |

| | | | | PHYSICIAN ID.<br>TOCE | NPI | PATIENT ID.<br>76859 |
|---|---|---|---|---|---|---|
| PATIENT NAME | | SEX | AGE(YR./MOS.) | | | |
| MARTIN,HERBERT | | M | 58 / ●● | ACCOUNT: Louisiana State Penitentiary | | |
| PT. ADD.: | | | | 911 Warehouse | | |

| DATE OF COLLECTION TIME | | DATE RECEIVED | DATE REPORTED | TIME | | Angola    LA  70712-0000 |
|---|---|---|---|---|---|---|
| 7/16/2013 | 11:05 | 7/16/2013 | 7/17/2013 | 13:18 | 4288 | ACCOUNT NUMBER:   17803060 · |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| | **Please note reference interval change** | | | |
| AST (SGOT) | 13 | IU/L | 0  - 40 | 01 |
| ALT (SGPT) | 12 | IU/L | 0  - 44 | 01 |
| Thyroid Cascade Profile | | | | |
| TSH | 1.080 | uIU/mL | 0.450 - 4.500 | 01 |
| > **Phenytoin (Dilantin), Serum** | 8.9L | ug/mL | 10.0 - 20.0 | 01 |
| | | | Neonatal: | |
| | | | Therapeutic 6.0 - 14.0 | |
| | | | Detection Limit = 0.6 | |
| | | | <0.6 Indicates None Detected | |
| > **Carbamazepine(Tegretol), S** | 3.1L | ug/mL | 4.0 - 12.0 | 01 |
| | In conjunction with other antiepileptic drugs | | | |
| | | | Therapeutic 4.0 - 8.0 | |
| | | | Toxicity 9.0 - 12.0 | |
| | | | Carbamazepine alone | |
| | | | Therapeutic 8.0 - 12.0 | |
| | | | Detection Limit = 0.5 | |
| | | | <0.5 indicated None Detected | |

| LAB: 01 MB    LabCorp Birmingham | DIRECTOR: John Elgin  MD |
|---|---|
| 1801 First Avenue South, Birmingham,  AL 35233-1935 | |

 

**LabCorp** LabCorp Birmingham
Laboratory Corporation of America    1801 First Avenue South, Birmingham, AL 35233-1935    Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 194-252-1185-0 | S | MB | COMPLETE | Page #: | 1 |

| ADDITIONAL INFORMATION |
|---|

TOCE    FASTING: Y
DOB: 8/07/1954

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| MARTIN,HERBERT | M | 57 |

PT. ADD.:

**CLINICAL INFORMATION**
CD- 41103836995

| PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|
| TOCE | | 76859 |

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola    LA    70712-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 7/12/2012 | 11:05 | 7/12/2012 | 7/13/2012 | 13:17 | 3760 |

ACCOUNT NUMBER:    17803060

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Microalb/Creat Ratio, Randm Ur | | | | |
| > Creatinine, Urine | 331.5H | mg/dL | 22.0 - 328.0 | 01 |
| > Microalbumin, Urine | 21.0H | ug/mL | 0.0 - 17.0 | 01 |
| Microalb/Creat Ratio | 6.3 | mg/g creat | 0.0 - 30.0 | |
| Hgb A1c with eAG Estimation | | | | |
| > Hemoglobin A1c | 5.8H | % | 4.8 - 5.6 | 01 |

Increased risk for diabetes: 5.7 - 6.4
Diabetes: >6.4
Glycemic control for adults with diabetes: <7.0

| Estim. Avg Glu (eAG) | 120 | mg/dL | | |
|---|---|---|---|---|
| Thyroid Cascade Profile | | | | |
| TSH | 0.911 | uIU/mL | 0.450 - 4.500 | 01 |
| > Phenytoin (Dilantin), Serum | 4.5L | ug/mL | 10.0 - 20.0 | 01 |

Neonatal:
Therapeutic 6.0 - 14.0

Detection Limit = 0.6
<0.6 Indicates None Detected

| Carbamazepine(Tegretol), S | 5.3 | ug/mL | 4.0 - 12.0 | 01 |
|---|---|---|---|---|

In conjunction with other antiepileptic drugs
Therapeutic  4.0 - 8.0
Toxicity  9.0 - 12.0

Carbamazepine alone
Therapeutic  8.0 - 12.0

Detection Limit = 0.5
<0.5 indicated None Detected

LAB: 01 MB    LabCorp Birmingham    DIRECTOR: John Elgin  MD
1801 First Avenue South, Birmingham,  AL 35233-1935

| Pat Name: MARTIN,HERBERT | Pat ID: 76859 | Spec #: 194-252-1185-0 | Seq #: 3760 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report    LCM Version: 03.26.01



12 Jul 12
13:21:36
PAGE 1

LOUISIANA STATE PENITENTIARY
R.E. BARROW JR. TREATMENT CNTR
ANGOLA, LOUISIANA 70712
(225) 655*2306

```
==============================================================================
              NAME: MARTIN, HERBERT              SAMPLE ID: MARTIN859
        PATIENT ID: 76859                      SAMPLE TYPE: Serum
               AGE: 57 years                        DOCTOR: TOCE
     DATE OF BIRTH:                          DRAW DATE/TIME: Jul 12 12   11:05
               SEX: M                         RUN DATE/TIME: Jul 12 12   13:00
          LOCATION: J                          SEC/CUP/REP: 7/3
      PAT. COMMENT:
   SAMPLE COMMENT: FASTING
        INST CODES:
==============================================================================
CHEMISTRY          RESULTS      UNITS       REFERENCE RANGE      REMARKS
------------------------------------------------------------------------------
NA                    139       mmol/L        135 - 145
K                     4.3       mmol/L        3.6 - 5.0
CL                    110       mmol/L        101 - 111
CO2                    26       mmol/L         21 - 31
GLU-                   77       mg/dL          70 - 110
BUN-                   15       mg/dL           6 - 20
CRE-                  1.7       mg/dL         0.5 - 1.2          HIGH
ALT                    14       IU/L           10 - 60
TBIL                  0.5       mg/dL         0.2 - 1.0
DBIL                  0.1       mg/dL         0.0 - 0.2
ALB                   4.2       g/dL          3.2 - 5.5
TG                     50       mg/dL          35 - 160
TP                    6.8       g/dL          6.7 - 8.2
CHOL                  164       mg/dL         140 - 239
HDLD                 58.7       mg/dL        29.0 - 71.0

CALCULATED VALUES  RESULTS      UNITS       REFERENCE RANGE      REMARKS
------------------------------------------------------------------------------
OSMOLALITY (1)      277.2       mOsm/L      280.0 - 300.0        LOW
ANION GAP (2)         7.3                    10.0 - 20.0         LOW
A/G RATIO             1.6                     1.0 - 2.5
INDIRECT BILI         0.4                     0.2 - 0.8
BUN/CREA RATIO        8.8                     6.0 - 20.0
LDL                  95.3       MG/DL        74.0 - 159.0
CHOL/HDL              2.8       RATIO         3.0 - 5.0          LOW
LDL/HDLD              1.6       RATIO         1.0 - 3.6
==============================================================================
```

$GFR = 57.7$   Stg III CKD

JM7

Report for Patient "Martin, Herbert"

*Toce*

Page 1 of 1

## ANGOLA - Radiology Report

| | | | |
|---|---|---|---|
| Patient: | **Martin, Herbert** | Ordering Physician: | ~~Unknown, Unknown~~ |
| ID: | **76859** | Phone, Pager: | **Phone: N/A Pager: N/A** |
| DOB: | **N/A** | | |
| Age/Gender: | **N/A, M** | Primary Location: | **ANGOLA** |
| Procedure: | **XR CERVICAL 2 OR 3 VIEWS** | Study Date: | **12/19/2012 3:03:25 PM** |
| Accession #: | **NOACC** | Order #: | **2273664** |
| Report Status: | **Finalized** | | |
| Reason: | **N/A** | | |

```
EXAM: XR CERVICAL 2 OR 3 VIEWS

CLINICAL HISTORY: Neck pain

FINDINGS: No fracture, subluxation or prevertebral soft tissue swelling is seen in
the cervical spine. There is reversal of the normal cervical lordosis. There is a
mild cervicothoracic levoscoliosis. There is moderate disc height reduction,
circumferential osteophyte formation and facet arthropathy from C3-4 through C6-7.
There appear to be small bilateral cervical ribs.


 IMPRESSION: No acute cervical spine injury identified. Chronic changes as detailed
above.


Signed By:   James   Lawton MD
```

DDD + DJD  C₃ → C₇

*Toce*

## ANGOLA - Radiology Report

| | | | |
|---|---|---|---|
| Patient: | **Hebert, Martin** | Ordering Physician: | ~~Unknown, Unknown~~ |
| ID: | **76859** | Phone, Pager: | **Phone: N/A Pager: N/A** |
| DOB: | **N/A** | | |
| Age/Gender: | **N/A, M** | Primary Location: | **ANGOLA** |
| Procedure: | **XR RIBS WTIH PA CHEST RT** | Study Date: | **12/19/2012 2:55:01 PM** |
| Accession #: | **NOACC** | Order #: | **2273658** |
| Report Status: | **Finalized** | | |
| Reason: | **N/A** | | |

---

EXAM: XR RIBS WTIH PA CHEST RT

CLINICAL HISTORY: Right rib pain.

FINDINGS: The heart and lungs are within normal limits. No pneumothorax or pleural effusion is seen. There are healed nondisplaced fractures of the right sixth and eighth ribs. No acute rib fracture is identified.


IMPRESSION: No acute rib fracture or other acute cardiopulmonary disease identified. Old, healed fractures of the right sixth and eighth ribs.


Signed By:   James   Lawton MD

---

_Herbert Martin_

## LOUISIANA STATE PENITENTIARY
### R. E. BARROW, JR. TREATMENT CENTER

### DIAGNOSTIC RADIOLOGY

| □ Clinic     □ Emergency Room<br>□ In-patient - Location Room/Bed _____    □ Isolation | NAME: _Martin Hebert_ |
|---|---|
| Diagnosis & Pertinent Clinical Information:<br><br>(L) neck + (R) rib pain | DOC#: _76859_<br><br>LOCATION: _J Cuda 1R_ |
| Date Exam Desired: | Physician: _P. Tace (M)_ | AGE: _58_     RACE: _B_ |
| Previous X-Ray Done:<br>□ Yes<br>□ No | Exam Date: | Exam Time:<br><br>_12-19-12_    AM<br>PM |
| Examination Ordered:<br><br>C sp + (R) rib series | | |
| Technician Remarks: | | Technician Initials:<br><br>_SA / BS_ |

LSP-TCXR 02    Rev. 04/2012

### DIAGNOSTIC RADIOLOGY

Report for Patient "Martin, Herb⬤"                                              Page 1 of 1

## ANGOLA - Radiology Report

*Collins*

| | | | |
|---|---|---|---|
| Patient: | **Martin, Herbert** | Ordering Physician: | ~~Unknown, Unknown~~ |
| ID: | **76859** | Phone, Pager: | **Phone: N/A Pager: N/A** |
| DOB: | **N/A** | | |
| Age/Gender: | **N/A, M** | Primary Location: | **ANGOLA** |
| Procedure: | **XR SKULL COMP MIN 4 VIEWS** | Study Date: | **7/25/2012 11:43:14 AM** |
| Accession #: | **NOACC** | Order #: | **2208706** |
| Report Status: | **Finalized** | | |
| Reason: | **N/A** | | |

```
EXAM: XR SKULL COMP MIN 4 VIEWS

CLINICAL HISTORY: Trauma

FINDINGS: The bony calvarium appears intact. The sella is normal in size and
configuration.


 IMPRESSION: Negative study.


Signed By:  Julian  Foreman MD
```



76859

**DIAGNOSTIC RADIOLOGY**            ●  **LOUISIANA STATE PENITENTIARY**            ●

LSP-TCXR 02  Rev. 10/97                    **R. E. BARROW, JR. TREATMENT CENTER**

| □ In-patient □ Emerg. Room □ Portable | □ Ambulatory | 31 | NAME: Herbert Martin |
|---|---|---|---|
| □ Clinic      □ Isolation | □ Stretcher   □ Wheelchair | | |

| Physician Collins | | | Date Exam Desired | Loc. Rm/Bed | Prev. X-Ray □ Yes □ No | DOC#: 76859 |
|---|---|---|---|---|---|---|

Diagnosis & Pertinent Clinical Information

LOCATION: GTR

Conf.

AGE: 58      RACE: B

Exam Date 7-25-12      Exam Time

Examination Desired   ☒ X-Ray   □ Nuclear Medicine   □ Ultrasound

Skull

Technician Initials
Remarks

Radiologist Report

| | |
|---|---|
| | 14 x 17 |
| | 14 x 14 |
| | 30 x 35 |
| | 11 x 14 |
| | 24 x 30 |
| | 10 x 12 |
| | 9 ½x9 ½ |
| | 8 x 10 |
| | 5 x 12 |
| | Other |

| Procedures Performed | Radiologists and Date | Total Used |
|---|---|---|

STAT/EMERGENCY □

## LOUISIANA STATE PENITENTIARY
## R.E. BARROW, JR. TREATMENT CENTER

### PATIENT DATA

DATE: 12-18-13

NAME: Herbert Martin    DOC#: 76859    ALLERGIES: NKDA

TEMP: 98    PULSE: 66    RESP: 16    B/P: 98/64    HEIGHT: 70    WEIGHT: 222    AGE: 59 bm

MEDICAL HISTORY: APE - Aug 2013 F/U HTN, HLD DM2, CKD, Sz D/O

CAR, DJD

1) HTN - ↓ CCB    TSH = 1.08 (7-17-13) ✓
2) HLD - 10 2010 → goal 7/2012    nl LFTs
3) DM II - ✓ glu sx's    HgbA1c = 5.8    eyes - 11-27-13 c̄ ∅ retinopa
4) CKD - GFR = 104   ∅ Uprot = Stg I ?    feet - ∅ sx's (refused podiatry)
5) Sz D/o - therapeutic dilantin levels = alt ↓ but ∅ Sz's - ∅ AS made
6) CAD - zinter → OK, add NS
7) DJD - ℓ knee - ?

### (ALL POSITIVE AND IMPORTANT NEGATIVE FINDINGS SHALL BE RECORDED)

| | | |
|---|---|---|
| GENERAL | ☑ NOT IN DISTRESS | ☐ ABNORMALITIES |
| SKIN | ☑ NORMAL TEXTURE | ☐ ABNORMALITIES |
| EYES | ☑ PERRLA, EOMI | ☐ ABNORMALITIES |
| EARS | ☑ NL EAC AND NLTM | ☐ ABNORMALITIES |
| NOSE | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| THROAT | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| NECK | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| CHEST | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| HEART | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| ABDOMEN | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| RECTAL/PROSTATE | ☐ NORMAL EXAM | ☐ ABNORMALITIES — deferred |
| EXTREMITIES | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| NEUROLOGICAL | ☑ NORMAL EXAM | ☐ ABNORMALITIES |

LAST FLEX SIG/COLONOSCOPY    DATE: _____    RESULT: refused

LAST PSA    DATE: 2011    RESULT: ✓

LAST EKG    DATE: 3-14-12    RESULT: NSSTS Δ's, ↓T's inf    EKG -

NOTES:

↓ Norvasc 10 → 5mg Q D x 5yr    NS spray 3x/wk
auro-dry
capsacan 0.075 x 6 wk

TEST ORDERED: PSA, Chem-14 c̄ GFR, FK, HgbA1c, U µalb/cr

RETURN APPOINTMENT: 4 mos

PHYSICIAN SIGNATURE: _____

LSP-T 25 12/2007

### PATIENT DATA

 

HC - 26 Form A

P.O.D.    DATE: 11-15-13

## REFUSAL TO ACCEPT MEDICAL CARE

This refusal of medical attention is made voluntarily and after full explanation of the medical attention recommended and the consequences of refusing it.  I have read this statement and understand the nature of its contents.

I  release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

_____
Signature of Inmate

_____
Witness

_____
Witness

I,_____ , # 76837 _____ , hereby refuse the following
described medical attention:

_____

Don'T    Need    To    See

_____

AMA
DM
RTC: 1 1/2/7

_____
Attending Prescriber

Distribution:

Medical Record

11/15/13

Revised 8/1/02

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: MARTIN       ,HERBERT    DOC#: 76859    CAMP:J GTR 2/R       JOB:L/D

DATE: 11/15/2013

Reason For Visit: PODIATRY 1 YR.F/U BX1

Pt. refused.

Stated nothing wrong c̄ feet, doesn't want to be

seen.

**Assess:**
1. RTC: 1½-2 yrs.
2. _____
3. _____
4. _____
5. _____

**Plan:**
1. _____
2. _____
3. _____
4. _____
5. _____

11-15-13
Date

MD Signature

**Form HC-01-A**
**14 September 2009**                    Health Care Request Form    Institution _LSP_

HERbERt MARtiN  _76859_  _59_  CAMP-J. GTR 2-R-4.   _NONE_
Name                    DOC #      Age      Housing          Job Assignment

OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:
1. PiNK BiSMuth - FoR up·SEt StoMush
1. TRiPle Aitibiotic - FoR Cut          THANK A whole heckuva
1. ANALgESic BALM PAiN RcliveR          Lot in AdVANCe!

Healthcare Personnel Screening: Date: _10/22/13_ Time: _0628_ Location Seen: _gatr_

(Circle One):  Emergency / Routine Sick Call / Work Related Allergies: _ASA_

B/P _134/86_  Pulse _72_  Resp _14_  Temp _98·6_  Other _____
                                    B/s present + wnl.
Assessment/Comment: As above - And distention of mass deep cramping
spasm. r/c/s on constipation. has small abrasion to Ⓛ anterior
ankle c scab & sign of infection gave no reason for
A-balm.

| Disposition: | Health Care Practitioner Notes: |
| --- | --- |
| S/c | |
| **New Medications Ordered:** | |
| | |
| Total #: | |
| Screener's Signature: _Capt Jun 93_ | HCP's Signature: _10/25/13_  Date: |

☐ No Fees  ☒$3 Access Fee  ☐ $6.00 Access Fee  ☒ $2 for Each Prescription Fee: $ _0_   Total: $ _3.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_Herbert G. Martin_          _76859_     _10/22/2013_     _____
Offender Signature            DOC #        Date           Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

6646-[ ]

**Louisiana State Penitentiary**
**E. Barrow, Jr. Treatment Center**
**Physician's Clinic**

PSNMOF

| Name | | DOC | Location | Date: |
|---|---|---|---|---|
| MARTIN | , HERBERT | 76859 | J GTR 1/R | 07/31/2013 |

BP: 132/94   Temp 98.8   Pulse 96   Resp: 18   Height 70; Wt.: 223

Time: 10 05/A

DOB 8   54        58   year old B   Male

**Allergies** (ASA)

**Reason for Vis** HTN, HLD; DM2, DJD, Lab results

**Chief Complaint:**

**O2 Saturation** [ ]

**<Field Mis**

① HTN - borderline on CCB, ARB, Coreg

② HLD - CTM

③ DM II - 70/30 → opred 7/2012 - repeat labs pend   eyes - ck 3/2013 due
feet - num T pedies
in 4-6 weeks bilat

④ CKD - ✓ labs (pend)

⑤ Sx d/c - levels pend

⑥ CNR - now NSt Zyrtec - D/c terbutaline (No asthma)

⑦ DJD - on tiespetal + Robaxin (∅₆) Ibu → ∅₆

D/c terbutaline ✓      ✓ Naproxen 500mg BID prn
D/c toradol (for T pedies) X 3 mos      ✓ Swim cap X 3 mos

Rx
sent

**Assessment:**

1. _____

2. _____

3. _____

4. _____

5. _____

7/31/13
10 45/A

**Plan:** RTC 4 mos

1. _____

2. _____

3. _____

4. _____

5. _____

7-31-13                    pm/

**Date**          **MD Signature**

HC-26 form A

Date: 6/25/13

# Refusal To Accept Medical Care

This refusal of medical attention is made voluntarily and after full explanation of the medical attention recommended and the consequences of refusing it. I have read this statement and understand the nature of its contents.

I release the **Department of Public Safety and Corrections** from any liability for any harm that may result from this refusal of treatment.

*Herbert G. Martin*
Signature of Patient

*Joseph Barr Jr*
Witness

*Cpt. Daull Lemore*
Witness

I, **Herbert Martin**, #**76859**, hereby refuse the following described medical attention: ~~of medical assessment or~~ ~~Possible tx due to cell door opening on~~ ~~6/25/13~~

*Lt Norman mt #84*
Attending Prescriber

Distribution:

Medical record: revised 8-1-02

**Form HC-01-A**
**14 September 2009**

**Health Care Request Form**

**Institution**_____

029177

Herbert Martin    76859    58    gator 2/L

Name    DOC #    Age    Housing    Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

per security request

Healthcare Personnel Screening: Date 06.25.13 Time: 1527 Location Seen: gator 2/L

(Circle One): Emergency / Routine Sick Call / Work Related Allergies: _____

B/P REF    Pulse REF    Resp REF    Temp REF    Other _____

Assessment/Comment: Ambulatory to cell bars s difficulty. Aox3. Being seen per security request 2° to all doors to cells on tier being opened @ the same time. Ø denies any medical complaints/injuries. Ø visible fealing noted.

**Disposition:**

Refusal

**New Medications Ordered:**

None

Total #: 0

Screener's Signature: Lt Mcmartin # 8

**Health Care Practitioner Notes:**

6-27-13

HCP's Signature: [signature]    Date:

☒ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ 0    Total: $ 0

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Herbert G. Martin    076859    6/25/2013

Offender Signature    DOC #    Date    Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**          **Health Care Request Form**          Institution _L.S.P._

002414

_HERBERT G. MARTIN C76859_    _55_    CAMP - J.    _EXTENDED L/D._
Name                DOC #    Age    GATER 2-L-8.    Job Assignment
                                    Housing

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

TRIPLE ANtibotic Cintment, FoR cuts FRom shaving
with CLippers ANd soRe ThRoAt SPRAY, FoR soRe
ThRoAt - PLeAse! ThANKS A heckuvA Lot iN AdvANce.

Healthcare Personnel Screening: Date: _5 28 13_ Time: _815_    Location Seen: _JGat_

(Circle One):   Emergency / (Routine Sick Call) / Work Related    Allergies: _NKDA_

B/P _141/74_  Pulse _78_    Resp _18_    Temp _97.4_  Other _____

Assessment/Comment: _pt c/o sore throat x 2d & abrasions to face_
_from shaving. PE pt A#Ox4, Perrl, PmsqFRomx4, skin w/d/N_
_c/t <2sec. Predrive noted to mouth/throat during visual inspection,_
_palp q submandibular lymph nodes revealed q swelling bilatually._
_Visual inspection q face/area q ck referencing request for_
_TAC revealed q cuts/abrasions @ all c any kind pt's facial_
_hair was q length as to indicate it had NOT been recently_
_trimmed. pt denies c/s/s/s, N/V/D. pt nices q other c/c/o this time_

**Disposition:**                          **Health Care Practitioner Notes:**

OTC    sl U prn
RX in Box

**New Medications Ordered:**
_Chloraseptic_

Total #: _1_

Screener's Signature: _Gaspard_ 9/7    HCP's Signature: _RMY_    Date: _5-29-13_

☐ No Fees  ☑ $3 Access Fee  ☐ $6.00 Access Fee  ☑ $2 for Each Prescription Fee: $ _2_  Total: $ _5_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_Herbert G. Martin_    _C76859_    _5/28/2013_    _Gaspard_
Offender Signature.    DOC #    Date    Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

Doc#:76859       Inmate Name: MARTIN          , HERBERT        Race: B
                 Location: J GTR 3/R

Current Medications

| Medication | Strength | Start Date | Last Refill | Stop Date | Dr. Ordered |
|---|---|---|---|---|---|
| LOSARTAN @ | 50MG | 07/23/2012 | 04/15/2013 | 07/22/2013 | COLLINS, JA |

LAST FILL DATE:
Directions:   TAKE ONE TABLET BY MOUTH TWICE A DAY

Date: _5-16·13_        Duration: _1 y/n_____

Renewal:     YES     NO            MD Signature_____

---

Doc#:76859       Inmate Name: MARTIN          , HERBERT        Race: B
                 Location: J GTR 3/R

Current Medications

| Medication | Strength | Start Date | Last Refill | Stop Date | Dr. Ordered |
|---|---|---|---|---|---|
| CARVEDILOL @ | 25MG | 07/23/2012 | 04/01/2013 | 07/22/2013 | COLLINS, JA |

LAST FILL DATE:
Directions:   TAKE ONE TABLET BY MOUTH TWICE A DAY

Date:_____        Duration: _1 y/n_____

Renewal:     YES     NO            MD Signature_____

---

Doc#:76859       Inmate Name: MARTIN          , HERBERT        Race: B
                 Location: J GTR 3/R

Current Medications

| Medication | Strength | Start Date | Last Refill | Stop Date | Dr. Ordered |
|---|---|---|---|---|---|
| CARBAMAZEPINE @ | 200 MG | 07/23/2012 | 04/01/2013 | 07/21/2013 | TOCE, PAUL |

LAST FILL DATE:
Directions:   TAKE ONE TABLET BY MOUTH TWICE A DAY

Date:_____        Duration: _1 y/n_____

Renewal:     YES     NO            MD Signature_____

---

Doc#:76859       Inmate Name: MARTIN          , HERBERT        Race: B
                 Location: J GTR 3/R

Current Medications

| Medication | Strength | Start Date | Last Refill | Stop Date | Dr. Ordered |
|---|---|---|---|---|---|
| SIMVASTATIN @ | 10 MG | 07/23/2012 | 03/13/2013 | 07/22/2013 | COLLINS, JA |

LAST FILL DATE:
Directions:   TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL

Date:_____        Duration: _1 y/n_____

Renewal:     YES     NO          MD Signature_____

C. Liarruda, LPN 5/17/13

Doc#:76859     Inmate Name: MARTIN          , HERBERT      Race: B
                    Location: J GTR 3/R

                          Current Medications
       Medication        Strength  Start Date  Last Refill Stop Date Dr. Ordered
   SODIUM CHLORIDE @   0.65% [K  04/03/2013  04/03/2013  07/01/2013 TOCE, PAUL
   (OCEAN)                  LAST FILL DATE:      .
Directions:   2 SPRAYS TO EACH NOSTRIL FOUR TIMES A DAY

Date:_____      Duration:_____

Renewal:    YES     NO           MD Signature_____

Doc#:76859     Inmate Name: MARTIN          , HERBERT      Race: B
                    Location: J GTR 3/R

                          Current Medications
       Medication        Strength  Start Date  Last Refill Stop Date Dr. Ordered
   TOLNAFTATE @         1%        04/08/2013  04/30/2013  07/06/2013 TOCE, PAUL
                          LAST FILL DATE:
Directions:   APPLY TWICE A DAY TO AFFECTED AREA *EXTERNAL USE ONLY!*

Date:_____      Duration:_____

Renewal:    YES     NO           MD Signature_____

Form HC-01-A          029650 ●

14 September 2009                    **Health Care Request Form**          Institution _L.S.P._

HERBERT G. MARTIN  076859    58    Gator 3-Right #11.  Extended 4/D.
Name              DOC #      Age      Housing          Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** I would
Like to Finish up MY dentist Appointment of getting the
Rest of MY teeths pulled out to have And get A PARTIAL plate,
they Never Called Me back to Finish up: Thanks in
Advance:

Healthcare Personnel Screening:  Date: 4-26-13  Time: 630  Location Seen: _____

(Circle One):   Emergency / ~~Routine Sick Call~~ / Work Related Allergies: _C_

B/P 115/80    Pulse _74_    Resp _16_    Temp _____    Other _____

Assessment/Comment: _Want dental with Dr. to_

_have remaining teeth pull up air / done they_

---

**Disposition:**

Dental Review

**New Medications Ordered:**

_____
_____
_____      **Total #:** _____

Screener's Signature: _____

**Health Care Practitioner Notes:**

Billy Chew DDS, MS

4/24/13

HCP's Signature:          Date:

☐ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _____  Total: $ 3.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Herbert G. Martin          076859          4/23/2013
Offender Signature          DOC #          Date          Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

6 6 4 6 - ☐

**Louisiana State Penitentiary**
**E. Barrow, Jr. Treatment Center**
**Physician's Clinic**

PSNMOF

| | | | | |
|---|---|---|---|---|
| **Name** MARTIN    : HERBERT | | **DOC** 76859 | **Location** JGTR 2/R | **Date:** 4/3/2013 |

BP: 136/92  Temp 97.5  Pulse 68  **Resp:** 58   **Height** 70"  **Wt.:** 224   **Time:** 1130

DOB ███/54    ~~ASA~~

58 year old B   Male

**Allergies:**

**Reason for Visit:** CLINIC A

**Chief Complaint** F/U APE W/RESULTS,HTN,HLD,DM2,CKD

**O2 Saturation** ☐

**<Field Mis**

(1) HTN - CCB, ARB + Coreg → ≈ goal; try ↓salt, ↑fields

(2) HLD - 10mg Zocor → goal #? (7-12-12) c̄ nl LFT's

(3) DM II - c̄ PM.

(4) CKD - ✓ labs   Stg III A (7-12-12)

(5) Sz d/o - on ↑ dilantin + tegretol, ✓ levels

(6) CAR + asthma (D/C terbutaline), cont claritin → zyrtec - wants benadryl

(7) DJD - 12/19/12 xrays → marked DDD + DJD (3→7)
   pt c/o acute shooting pains "often" got ↓ c̄ dental tx = tordol
                                          — Try Iba 800 BID x 30g
   ↓ clar → zyrtec hy x̄ Rx̄ sig ✓       ↓ RI sent
   WS ↑prog � /hₓ GIH 3wₓs ✓

**Assessment:**

1. _____

2. _____

3. _____

4. _____

5. _____

**Plan:** RTC 4 mos

1. _____

2. _____

3. 3 mos Chem 14 c̄ GFR, CBC,

4. TSH, Dilantin level, tegretol level

5. 4-3-13   ___

**Date**          4-3-13          **MD Signature**

Doc#:76859        Inmate Name: MARTIN            , HERBERT        Race: B
                  Location: J CUDA 1/L

                            Current Medications
    Medication          Strength        Start Date        Stop Date     Dr. Ordered
  NAPROXEN   @          500 MG          12/19/2012        03/18/2013     TOCE, PAUL

Directions:   TAKE ONE TABLET BY MOUTH TWICE A DAY

Date: 2-4-13            Duration:_____

Renewal:     YES     ( NO )              MD Signature_____

Doc#:76859        Inmate Name: MARTIN            , HERBERT        Race: B
                  Location: J CUDA 1/L

                            Current Medications
    Medication          Strength        Start Date        Stop Date     Dr. Ordered
  TRIAMCINOLONE         0.1%            12/19/2012        03/18/2013     TOCE, PAUL
  (15GM) @
Directions:   APPLY EVERY DAY TO TOE WEBS FOR THREE MONTHS

Date: 2-4-13            Duration:_____

Renewal:     YES     NO                  MD Signature_____

HC - 26 Form A

*multiple Refusal*

DATE: 1/29/13

## REFUSAL TO ACCEPT MEDICAL CARE

This refusal of medical attention is made voluntarily and after full explanation of the medical attention recommended and the consequences of refusing it. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

X _____

Signature of Inmate

_____

Witness

_____

Witness

I, HERBERT MARTIN, # 76859 , hereby refuse the following described medical attention:

_____

_____

_____

_____

Attending Prescriber

Distribution:

Medical Record

Revised 8/1/02

LOCATION: _Boozer Cude IV_     LAB #:_____

**LABORATORY REQUEST**

PATIENT: _Herbert Martin_     NUMBER: _76859_

Age: _58_   SEX: _BM_ ▮▮▮ _54_     FASTING: YES:_____   NO: _✓_

DATE TO BE DONE: _May 3 mo_

LABORATORY REQUEST: _CBC  A1C_
_Dil level_

DIAGNOSIS: _Sy O/O_
_DM_

THERAPEUTIC DRUG INFORMATION:   DATE:_____   TIME:_____   DOSE:_____

PHYSICIAN:_____

DATE COLLECTED:_____   TIME COLLECTED:_____   BY:_____   _10/22/12_

_1/29/13 Refused_     INITIALS

Doc#:76859      Inmate Name: MARTIN          , HERBERT          Race: B
                Location: J GAR 2/R

                        Current Medications
      Medication          Strength      Start Date       Stop Date    Dr. Ordered
    AMLODIPINE  @          10MG          01/30/2012       01/28/2013   TOCE, PAUL

Directions:   TAKE ONE TABLET BY MOUTH EVERY DAY

Date: 12-4-12          Duration: _____

Renewal:   (YES)    NO                MD Signature_____

COPY

APE-Aug 2012

**LOUISIANA STATE PENITENTIARY**
**R.L. BARROW, JR. TREATMENT CENTER**

δ Cuda IR

**PATIENT DATA**

DATE: 12/19/12

NAME: Herbert Martin    DOC#: 76859    ALLERGIES: ASA

TEMP: 97°    PULSE: 66    RESP: 18    B/P: 131/78    HEIGHT: 71"    WEIGHT: 220    AGE: 58 BM

MEDICAL HISTORY: ① S/C (L) ear pain - Otic canals / TM's = clear, has c/o (L) Neck +/- TMJ sx's 2° fight that loosened teeth. Also c/o (R) ribs part'ly (since 7-25-12)
② HTN - ARB, CCB + Corey → goal #'s
③ HLD - 10 given → ≈ goal #'s (7-12-12) LDL = 95.3 - Alt-14 (N)    OK eyes 3-2012
④ DM II - 70/30 )15u AM + 6u PM → HgA1c 5.8, ⊖ uma = 6.3 + u ma = 21
⑤ CKD - GFR = 57.7 (7-12-12) Stg III A    prd 11-2-12 → T peds - RE on c̄ tir̄actin

**(ALL POSITIVE AND IMPORTANT NEGATIVE FINDINGS SHALL BE RECORDED)**

| | | |
|---|---|---|
| GENERAL | ☑ NOT IN DISTRESS | ☐ ABNORMALITIES |
| SKIN | ☐ NORMAL TEXTURE | ☑ ABNORMALITIES - T peds |
| EYES | ☑ PERRLA, EOMI | ☐ ABNORMALITIES |
| EARS | ☑ NL EAC AND NLTM | ☐ ABNORMALITIES |
| NOSE | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| THROAT | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| NECK | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| CHEST | ☐ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| HEART | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| ABDOMEN | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| RECTAL/PROSTATE | ☐ NORMAL EXAM | ☐ ABNORMALITIES - deferred |
| EXTREMITIES | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| NEUROLOGICAL | ☑ NORMAL EXAM | ☐ ABNORMALITIES |

LAST FLEX SIG/COLONOSCOPY    DATE: ∅    RESULT:
LAST PSA    DATE: 1-26-11    RESULT: 0·2
LAST EKG    DATE: 3-14-12    RESULT: NSSTSA's

NOTES:

T I10 x 3 mos ✓    ↗ RA visit ✓

∆ clotrimazol → terracinan (on N9@) ✓    start
                                          xray C-sp + (R) ribs
Naproxen 500 mg BID x 3 mos ✓            sent c slip

TEST ORDERED: ∅

RETURN APPOINTMENT: 3 mos

PHYSICIAN SIGNATURE: PMT

LSP-TC 25 12/2007    PATIENT DATA

Doc#:76859    Inmate Name: MARTIN        , HERBERT        Race: B
                    Location: J GAR 2/R

                            Current Medications
      Medication         Strength        Start Date        Stop Date    Dr. Ordered
    LORATADINE @         10 MG           06/12/2012        12/08/2012    TOCE, PAUL

Directions:    TAKE ONE TABLET BY MOUTH EVERY DAY

Date: __11-8-12__          Duration_____        _____
                                              MD Signature_____
Renewal:    YES    NO



Form HC-01-A
14 September 2009

**Health Care Request Form**    Institution _LSP_

Herbert Martin 76859    65    J Gar 4 R    4d
Name    DOC #    Age    Housing    Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

Self declared

① ear pain

Healthcare Personnel Screening: Date: _11-30-12_ Time: _0558_ Location Seen: _Gar_

(Circle One): (Emergency) / Routine Sick Call / Work Related    Allergies: _ASA_

B/P _170/70_ Pulse _78_ Resp _14_ Temp _98.7_ Other ____

Assessment/Comment: Pt c/o pain to ① ear X 10 day. Visual exam of ① ear shows mild edema, mild redness & drainage, & bleeding noted. eardrum intact, possible fluid behind eardrum. pt states when swallowing pt feels a sloshing in ear.

**Disposition:**
MD

**New Medications Ordered:**

Total #: 8

Screener's Signature: _A. Mott #68_

**Health Care Practitioner Notes:**
Physical
Cortisporin otic ↑↑↑↑ TID x 10d
CLA Cut II CO
MD
12-3-12
MD 12/3/12

HCP's Signature: ____    Date: ____

☐ No Fees ☐ $3 Access Fee ☒ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ ____    Total: $ _6.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Herbert D. Martin    76859    11-30-12    A. Mott #68
Offender Signature    DOC #    Date    Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

LOUISIANA STATE PENITENTIARY
E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: MARTIN    ,HERBERT    DOC#: 76859    CAMP:J GAR 2/R    JOB:L/D

DATE: 11/02/2012

Reason For Visit: PODIATRY 1 YR.F/U  BX2

S/ Pt. DM c̄ insulin for yearly foot exam. Pt. c̄ no complaints.

O/ Vasc: Palp. pedal pulses. Ø edema. Skin T° Warm. Bilat.

   Derm: Nails well cut. Ø open lesion. (+) macerated lesion _____.
       Ø pre. ulceration. Ø SOL.

   Musc: Strength +5/5 , ROM: WNL. Ø def.

   Neur. Ø hx. of PN.

A/ DM c̄ insulin. _____ T. pedis.

P/ Discussed DM foot care & to keep feet clean between toes.
   Applied Gentian Violet.

Assess:                                    Plan:
1. ___RTC: T yr.___                        1. _____
2. _____                            2. _____
3. _____                            3. _____
4. _____                            4. _____
5. _____                            5. _____

                              11·2·12    R. _____
                              Date        MD Signature

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: Herbert Martin    DOC#: 76859    CAMP: Carke    JOB ASSIGN: _____
TEMP: 98⁸    PUSLE: 62    RESP: 20    B/P: 114/84    WEIGHT: 214
DATE: 10/22/12    FU HTN, OM, Seizure
TIME: 1305    DIO

58 BM    A=81
ALLERGIES: _____

"Doesn't know" if her had
any recent seizures
frequent hypoglycemic episodes
last eye exam 3/12
Clonadle stiffness

7/13/12
A1C 5.8%
Dil 4.5    lungs: CTA
creat.?    heart: RRR
C 164    ext: excoriated areas
CDC 95    4-5th web
GFR 57.7

DM → stable
3 D/O → ↑ Dil 100 QAM  ) x6 mos
            "    300 QPM )
HTN → controlled
Tineapedis → clotrimazole ) AAA
            TAC 0.1%  ) BID x2mos
muscle spasm → Robaxin 500? BID ✓
            x6 mos

☐ APPOINTMENT: 3 months

PHYSICIAN SIGNATURE: _____

DUTY STATUS: _____
ET: _____
MISC. ORDERS: _____

PHYSICIANS CLINIC

TC 19  06/2006

Form HC-01-A
14 September 2009

012

**Health Care Request Form**

Institution L.S.P.

CAMP-J.                    NONE
GATOR 3. Right # 10.     EXTENDED L/D.

HERBERT G. MARTIN    O76859    58
Name                 DOC #      Age        Housing                   Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** I'M IN VERY
SERIOUSLY Need Of AN Tube Of TRIPLE ANtibiotic OiNtMeNt - FOR
FROM Cuts ANd ScRaPes ALSo buRNS; FROM Shaving - ALONG With AN
Bottle Of PiNk BiSMuth - FOR DiARRhea? ThaNKS iN AdvANce FOR YouR
time iN this MAtter:

                                        S. Herbert G. Martin # 076859

Healthcare Personnel Screening: Date: 10-15-12 Time: 6^29^   Location Seen: GAL

(Circle One):  Emergency / (Routine Sick Call) / Work Related Allergies: RSD

B/P 136/84   Pulse 88   Resp 20   Temp _____   Other _____

Assessment/Comment: AmbulAtory + Alert - No Signs of Trauma c/o minor
cuts to Face p shaved, No Drainage noted. Denies chest pain
+ S.o.B. ABD. soft.

**Disposition:**

S/c pen
C/o C. ATO

**New Medications Ordered:**

Triple Anti Biotic
1 bot. Bismuth N

                              Total #: 2

Screener's Signature: MSGT 1/RSS

**Health Care Practitioner Notes:**

                                                                 AMT 10-15-12

HCP's Signature: |                    Date:

☐ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☒ $2 for Each Prescription Fee: $ 4.00   Total: $ 7.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

                                                    10-15-2012
                                                    August
Herbert G. Martin        O76859        8-2012        MSGT 1/RSS
Offender Signature       DOC #         Date           Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

Doc#:76859        Inmate Name: MARTIN        , HERBERT        Race: B
                  Location: J GAR 2/R

Current Medications

| Medication | Strength | Start Date | Stop Date | Dr. Ordered |
|---|---|---|---|---|
| TOLNAFTATE @ | 1% | 05/09/2012 | 11/04/2012 | TOCE, PAUL |

Directions:   APPLY TWICE A DAY TO AFFECTED AREA *EXTERNAL USE ONLY!*

Date: 10 - 1 - 12     Duration: 6 mos

Renewal:    YES    NO              MD Signature PM7



**Form HC-01-A**
**14 September 2009**                    **Health Care Request Form**    Institution _L.S.P._

| Name | DOC # | Age | Housing | Job Assignment |
|------|-------|-----|---------|----------------|
| HERBERT G. MARTIN | 076859 | 58 | CAMP-J. GATOR 3-R-C#10. | NONE EXTENDED L/D. |

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** I'm havin'g

Serious headaches interfering with my Ability to Function; I would like to get this Evaluated, throbbing pain in the temple Region, Feels like a blow to the head, with a stiff neck of shocks- this occured in last July- After a confrontation with security- Please help in this urgent matter? Thanks. S/ Herbert G. Martin # 076859

**Healthcare Personnel Screening:** Date: 9-27-12  Time: 6__  Location Seen: ___

(Circle One): Emergency / Routine Sick Call / Work Related  Allergies: _NKDA_

B/P _____  Pulse ____  Resp _17_  Temp ____  Other _____

**Assessment/Comment:** It is chronic HA + neck pain, Pt has a Hx of HA radiating from neck pain. No injuries. ___ ___ Pt ___ an ___ ___

**Disposition:**

AP

**New Medications Ordered:**

Total #: 1

Screener's Signature: _____

**Health Care Practitioner Notes:**

HCP's Signature: _____   Date: _____

☐ No Fees ☒ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $____   Total: $____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

| Herbert G. Martin | 076859 | September 9-26-2012 | _____ |
|-------------------|--------|---------------------|-------|
| Offender Signature | DOC # | Date | Witness Signature |

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**                    **Health Care Request Form**    Institution _L.S.P._

Herbert G. Martin    076859    58    CAMP-J.    NONE
Name                DOC #    Age    GAR 2-Right-3.    EXTENDED L/D.
                                    Housing    Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** I'M IN NEEDS OF MORE EAR MEDICATION? IT WORKS, but CAME back- Need MORE EAR dROPS - PLEASE? THANK IN ADVANCE:

S/ Herbert G. Martin #076859

**Healthcare Personnel Screening:** Date: 9-24-12 Time: 5:00Am Location Seen: 7

(Circle One): Emergency / **Routine Sick Call** / Work Related Allergies: 0

B/P 116/74    Pulse 66    Resp 16UL    Temp _____    Other _____

**Assessment/Comment:** Ears 4/ no wax could opened - app ears normal grossly mild cont. states some hearing loss. to sign if infection not

**Disposition:**
(Pt) Outflm Resup amj
AMD

**Health Care Practitioner Notes:**

**New Medications Ordered:**

_____    **Total #:** _____

**Screener's Signature** _____    **HCP's Signature:** _____    **Date:** _____

☐ No Fees  ☒ $3 Access Fee  ☐ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $_____    Total: $ 3⁰⁰  5

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Herbert G. Martin    076859    September 9-25 -2012
Offender Signature    DOC #    Date    Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

Form HC-01-A
14 September 2009    017971

**Health Care Request Form**    Institution L.S.P.

HERBERT G. MARTIN    076859    54    CAMP-J.    NONE
Name    DOC #    58    GTR 3-R-10.    EXTENDED L/D.
           Age    Housing    Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** I'M IN
NeedS OF "BIS MUTH" PINK. ThaNKS VerY MucH IN tHis MAtter.

                    S/ Herbert G. Martin #076859

**Healthcare Personnel Screening:** Date: 8-20-12 Time: 800 Location Seen: GTR

(Circle One): Emergency / Routine Sick Call / Work Related    Allergies: ASA

B/P 132/86    Pulse 80    Resp 16    Temp 98.6    Other AA0X4

**Assessment/Comment:** Pt c mild diarrhea + upset stomach x 2 days.
ABD s soft, non-tender, non-distended. No visable S0S.
No other complaints.

| **Disposition:** | **Health Care Practitioner Notes:** |
|---|---|
| OTC | |
| **New Medications Ordered:** | |
| Pepto-Bismol | |
| Total #: 1 | |
| Screener's Signature: _____ | HCP's Signature: _____ Date: |

☐ No Fees ☒ $3 Access Fee ☐ $6.00 Access Fee ☒ $2 for Each Prescription Fee: $2.00 Total: $5.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Herbert G. Martin    076859    August 8/25/2012    _____
Offender Signature    DOC #    Date    Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**   017941

**Health Care Request Form**   Institution _L.S.P._

_HERbERt G. MARtiN_   _076859_   _54_   _CAMP-J._   _NONE_
                                    _55_   _GATOR 3-RiGht #D._   _EXTENDED L/D._
Name                    DOC #      Age      Housing           Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** _I'M iN serious Needs of "Antibiotic ointment" because of ALL these Cuts And Scrapes- That's hard to heal-Please help in this matter! Thanks:_

_S/ Herbert G. Martin # 076859_

**Healthcare Personnel Screening:**  Date: _8/12/12_  Time: _2:40)_  Location Seen: _Gator_

(Circle One):   Emergency / Routine Sick Call / Work Related   Allergies: _RSP_

B/P _128/88_  Pulse _78_   Resp _18_   Temp _—_   Other _—_

**Assessment/Comment:** _C/o Minor Scratches to Posterior sides of Both Hands, No Sign of Fighting - No Hemmorage._

**Disposition:**                              **Health Care Practitioner Notes:**

_OTC._

**New Medications Ordered:**

_Triple Anti. Ac._

Total #: _1_

Screener's Signature: _ME. / SPR 5-39_    HCP's Signature: _PMT 8/13-12_   Date:

☐ No Fees  ☒ $3 Access Fee  ☐ $6.00 Access Fee  ☒ $2 for Each Prescription Fee: $ _500_   Total: $ _500_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_Herbert G. Martin_         _076859_    _August 8/12/2012_   _ME. / SPR_
Offender Signature          DOC #        Date              Witness Signature

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**

**Health Care Request Form**

Institution L.S.P.

Herbert G. Martin   076859   58   CAMP-J.   NONE
                                         GATOR 3-R-CELL 2.   EXTENDED L/D.

Name   DOC #   Age   Housing   Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** MY EARS
been RUNNING And hURLING; ALSo iNfected- FOR About
AN Week, Need EAR MEdicAtioN'S OR iN Needs to See
AN doctor - PLEASE help iN this MAttER? ThANks!
                                                  Herbert G. Martin # 076859

**Healthcare Personnel Screening:** Date: 08.07.12 Time: 1516 Location Seen ____

(Circle One): Emergency / Routine Sick Call / Work Related   Allergies: ____

B/P 130/71 Pulse 80 Resp 18 Temp 98.0 Other ____

**Assessment/Comment:** ____

____

**Disposition:** ____ **Health Care Practitioner Notes:**

MD Review

**New Medications Ordered:**

____

Total # ____

**Screener's Signature:** ____ HCP's Signature ____ Date: ____

☐ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ ____ Total: $ ____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Herbert G. Martin   076859   August 8/7/2012   ____
Offender Signature   DOC #   Date   Witness Signature

Original - Offender's Medical Record   Yellow - Business Office   Pink - Offender's Copy

Doc#:76859      Inmate Name: MARTIN        , HERBERT        Race: B
                     Location: J GAR 1/R 0

                          Current Medications

| Medication | Strength | Start Date | Stop Date | Dr. Ordered |
|---|---|---|---|---|
| VENTOLIN HFA @ | 90 MCG. | 09/08/2011 | 09/06/2012 | MOMAH, TOBE |

Directions:   USE 2 PUFFS EVERY 4 HOURS AS NEEDED >> SHAKE WELL <<

Date:_____      Duration:_____

Renewal:    YES     NO              MD Signature_____

Form HC-01-A
14 September 2009

0164

**Health Care Request Form**

Institution _L.S.P._

Herbert G. Martin   076859   54   CAMP-J.   NONE
Name                DOC #    57   GATOR 3-R #2.   EXTENDED L/D.
                           Age  Housing          Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** I'M IN BADLY
Serious Needs of Triple A(ntibiotic ointment; I'M cut up - both
hands And Foots - please, help in this MATTER!

S/ Herbert G. Martin #076859

Healthcare Personnel Screening:  Date: 8/12   Time: ____   Location Seen: ____

(Circle One):   Emergency / **Routine Sick Call** / Work Related Allergies: ____ PA ASA

B/P 122/52   Pulse 70   Resp 16   Temp ____   Other ____ X9

Assessment/Comment: ____

_____

_____

**Disposition:**

OTC

**New Medications Ordered:**

Trip A Oint ____

Total #: 1

Screener's Signature: ____ S+CO

**Health Care Practitioner Notes:**

HCP's Signature: ____   Date: ____

☐ No Fees  ☒ $3 Access Fee  ☐ $6.00 Access Fee  ☒ $2 for Each Prescription Fee: $ ____   Total: $ 5.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Herbert G. Martin                076859        AUGUST        ____
Offender Signature               DOC #         8/1/2012      Witness Signature
                                               Date

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**                    **Health Care Request Form**    Institution _LSP_

0274

Herbert Martin   76859   37   GTR3

Name _____ DOC # _____ Age _____ Housing _____ Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

H/A                    Self-Declared

**Healthcare Personnel Screening:** Date: _7/28/12_ Time: _650_ Location Seen: _GTR3_

(Circle One): **Emergency** / Routine Sick Call / Work Related   Allergies: _ASA_

B/P _128/86_ Pulse _70_ Resp _17_ Temp _976_ Other _AAOX4_

**Assessment/Comment:** Pt C/C migraine H/A secondary to hitting his neck on the floor during a confrontation of security. No visible signs of injury. Incident 3 days ago. No DCAP-BTLS. AAOx4, Ambulatory no signs of distress. All vitals WNL. NAEW. No other complaints

**Disposition:**

MD

**New Medications Ordered:**

Motrin AT

Total #: 0

Screener's Signature: _____ SW

**Health Care Practitioner Notes:**

OTC NSAIDS prn

Worsham (R)   7-30-12

MD 7-30-12

HCP's Signature: _____ Date:

☐ No Fees ☐ $3 Access Fee ☒ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _0_   Total: $ _6.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_Herbert D. Martin_   _76859_   _7-28-12_   _____

Offender Signature _____ DOC # _____ Date _____ Witness Signature

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

-01-A
—ember 2009 · 0274 · **Health Care Request Form** · Institution _L_

| Herbert Martin | 76859 | 58 | Gate Guy 1 R | Wd |
|---|---|---|---|---|
| Name | DOC # | Age | Housing | Job Assignment |

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

Teeth pain

**Healthcare Personnel Screening:** Date: 7-25-12  Time: 75:35  Location Seen: _____

(Circle One): **Emergency** / Routine Sick Call / Work Related  Allergies: _____

B/P 130/74  Pulse 68  Resp 18  Temp ___  Other ___

**Assessment/Comment:** P/inja 58yo B/m Inmates is all complains of pain to his _____ and R foot. Is to confirm a swell today today. PT states he was seen in IATU today for complaints. PT has some abrasions noted to his R hand at R foot. PT states he has a headache w/ mnt pain PT states his Dentures are Broken also.

NKDA _____ Simvastatin Terbutaline, ____ Carbamazepine, Losetan ____ Keflin, Tylenol Toro, Clonid ____ naproxen, Phenytoin

| **Disposition:** | **Health Care Practitioner Notes:** |
|---|---|
| To be s/u dental. | Billy Owens DDS, m5  8/1/12  MD  7/26/12 |
| Dental | |
| **New Medications Ordered:** | |
| 3 A Crn T | |
| | |
| **Total #:** ___ | |
| **Screener's Signature:** ___ FP Lamb but Is | **HCP's Signature:** ___  **Date:** ___ |

☑ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ 2.00  Total: $ 2.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

| Herbert E. Martin 76859 | 76859 | 7-25-12 | N. ___ |
|---|---|---|---|
| Offender Signature | DOC # | Date | Witness Signature |

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

BAE          PALM

Better Approx left
5cm in diameter
2 active bleeding

Approx 1cm
in diameter
of active bleeding

Herbert Martin
76859

Confrontation with Security

# ROBERT E. BARROW, JR. TREATMENT CENTER
## ACCIDENT / INJURY REPORT
### VITAL STATISTICS

DATE: 7, 25 12                                    TIME SEEN: 11:40

NAME: Herbert Martin   DOC#: 76859   AGE: 58   RACE: B

LIVING QUARTERS: J Gator   JOB ASSIGNMENT: L/D   LAST TETANUS: _____

MEDICATIONS: Losartan Toprol Zocor Ventolin Trinaftate Uroxtin Norvasc Dilantin Terbutaline Insulin Tegretol   ALLERGIES: ASA

| DATE OF ACCIDENT: | | | | TIME OF ACCIDENT: | | | ACCIDENT LOCATION: | |
|---|---|---|---|---|---|---|---|---|

| TIME: | B/P: | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |
|---|---|---|---|---|---|---|
| 11:40 | 124/86 | 110 | 16 | A&O | 98³ | |
| 2:30 | 128/86 | 113 | ⌄ | ⌄ | | |
| 3:10 | 131/84 | 088 | 14 | ⌄ | | |

#### CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: Confrontation & gassed

58 y/o BM ambulatory to ATU c/o head pain and burning to eyes. PERRL Abrasion noted to ® 1st & 2nd knuckles ® anterior ankle and ℗ mouth. BBS-CTA® r/e. Pt removed dental plates ℗ some bleeding noted ∅ other trauma noted.

MEDIC SIGNATURE: _____ EMT-P

#### PHYSICIAN ASSESSMENT AND TREATMENT

☐ CATEGORY A          ☐ CATEGORY B          ☐ CATEGORY C

***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

v/o Collins:
X-ray skull - slip sent
pictures taken
Motrin 800mg po stat @ 1300

58 y/o BM c/o confrontation minor abrasions to Rt hand - no serious injury. X-Ray setup f/u c̄ radiologist ambulatory post Flu to fast...

☐ Duty Status _____          ☑ Appointment
☐ Diet _____          ☐ Dressing Change

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 1310 | TRANSPORTATION: ambulatory | DESTINATION: RTC |
|---|---|---|

LSP-TC 07    Rev. 11/2006    ACCIDENT/INJURY REPORT    PAGE ____ OF ____

Form HC-01-A
14 September 2009

**Health Care Request Form**    Institution _L.S.P._

Name _HERBERT G. MARTIN_    DOC # _076859_    Age _57_    Housing _CAMP-J. GATOR 3-R-2._    Job Assignment _NONE EXTENDED L/D_

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** coughing up green And yellow stuff; Need Cold Medications? PLEAse help in this MATTER?

**Healthcare Personnel Screening:** Date: _7-24-17_  Time: _8:03_  Location Seen: _GTR_

(Circle One):   Emergency / (Routine Sick Call) / Work Related    Allergies: _ASA_

B/P _118/70_  Pulse _60_  Resp _17_  Temp _99.1_  Other _____

**Assessment/Comment:** Pt C/O coughing (productive). Lung sounds clear I equal bilat. Pt reques sinus medication. No other notable sxs. No other complaints

**Disposition:**

OTC

**New Medications Ordered:**

_Gua Guesin X8 days - rec'd_

Total #: _1_

Screener's Signature: _____

**Health Care Practitioner Notes:**

_MB_

HCP's Signature: _____    Date: _____

☐ No Fees  ☒ $3 Access Fee  ☐ $6.00 Access Fee  ☒ $2 for Each Prescription Fee: $ _2.00_  Total: $ _5.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Offender Signature _Herbert G. Martin_    DOC # _076859_    Date _JULY 7-24-2012_    Witness Signature _____

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

Doc#:76859       Inmate Name: MARTIN          , HERBERT          Race: B
                    Location: J SK 4/L

                        Current Medications
      Medication          Strength        Start Date        Stop Date    Dr. Ordered
    CARVEDILOL @          25MG            02/23/2012        08/20/2012    LAVESPERE,

Directions:    TAKE ONE TABLET BY MOUTH TWICE A DAY

Date: 7-16-12              Duration: 7 Yr

Renewal:    (YES)      NO                MD Signature

---

Doc#:76859       Inmate Name: MARTIN          , HERBERT          Race: B
                    Location: J SK 4/L

                        Current Medications
      Medication          Strength        Start Date        Stop Date    Dr. Ordered
    LOSARTAN @           50MG            02/23/2012        08/20/2012    LAVESPERE,

Directions:    TAKE ONE TABLET BY MOUTH TWICE A DAY

Date: 7-16-12              Duration: 7 Yr

Renewal:    (YES)      NO                MD Signature

---

Doc#:76859       Inmate Name: MARTIN          , HERBERT          Race: B
                    Location: J SK 4/L

                        Current Medications
      Medication          Strength        Start Date        Stop Date    Dr. Ordered
    SIMVASTATIN @        10 MG           02/23/2012        08/        LAVESPERE,

Directions:    TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CA

Date: 7-16-12              Duration: 7 Yr

Renewal:    (YES)      NO                MD Signature

---

Doc#:76859       Inmate Name: MARTIN          , HERBERT          Race: B
                    Location: J SK 4/L

                        Current Medications
      Medication          Strength        Start Date        Stop Date    Dr. Ordered
    CARBAMAZEPINE @      200 MG          03/05/2012        08/31/2012    TOCE, PAUL

Directions:    TAKE ONE TABLET BY MOUTH TWICE A DAY

Date: 7-16-12              Duration: 7 Yr

Renewal:    (YES)      NO                MD Signature

COPY

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**
**REFERRAL SLIP**

7/13/12

DATE: _Herbert Martin_

NAME: _Herbert Martin_     DOC#: _76859_     HOUSING UNIT: _8 hawk_

LOCATION SEEN: _ATU_

REFERRAL TO: _____

DATE OF REFERRAL: _____     TIME OF REFERRAL: _____ A.M. / P.M.

REASON FOR REFERRAL: _____

TEMPORARY DUTY STATUS: _Please allow offender To take another Shower Today_

TEMPORARY DUTY STATUS EXPIRATION DATE: _Exp 7/13/12 Midnight_

_____
SIGNATURE OF HEALTH CARE PROVIDER

CC:  HIM          (WHITE)
     PATIENT      (YELLOW)
     SECURITY     (PINK)

LSP-TCEMS 01  REV. 10/97

**ROBERT E. BARROW, JR. TREATMENT CENTER**
**ACCIDENT / INJURY REPORT**
**VITAL STATISTICS**

DATE: 7 / 13 / 12                                    TIME SEEN: 7 : 50

NAME: Herbert Martin _____ DOC#: 76859 _____ AGE: 57 RACE: B/M

LIVING QUARTERS: Shash 4C _____ JOB ASSIGNMENT: 4D _____ LAST TETANUS: _____
Phenytoin, Insulin 70/30, Terbutaline

| MEDICATIONS: Carbamazepine, ventolin, Claritin, Amlodipine Carvedilol, Losartan, Simvastatin | ALLERGIES: NKDA |
|---|---|

| DATE OF ACCIDENT: | TIME OF ACCIDENT: | ACCIDENT LOCATION: |
|---|---|---|

| TIME: 7:50 | B/P: 132/86 | PULSE: 74 | RESP: 16% | LOC: AVPU | TEMP: 98.2 | BS/SpO2: |
|---|---|---|---|---|---|---|
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |

**CHIEF COMPLAINT AND INITIAL ASSESSMENT**

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: Pt here sent by security 2° confrontation c security. Pt c/o burning 2° gas to ea, abm + eyes. ⊖ Redness noted to eyes, ⊖ tearing, ⊖ drainage ⊖ active bleeding. BAS c HA c ⊖ KOT c patent airway, speaking in full sentence c difficulty, denies SOB, CP, H/a, dizzy. Pain ... BAS c HR ⊖ KOT c patent airway, speaks in full sentence c difficulty. A&O SMT d/c N/V/D

MEDIC SIGNATURE: _____ SW960

**PHYSICIAN ASSESSMENT AND TREATMENT**

☐ **CATEGORY A**              ☐ **CATEGORY B**              ☐ **CATEGORY C**

***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

No Tx Indicated

Pt DC'd To Comp

* Paperwork faxed.

* Allow inmate to take another shower

57 y/o c/o confrontation c/o pepper spray. No injury observed.

5 pm

| ☐ Duty Status _____ | ☐ Appointment |
|---|---|
| ☐ Diet _____ | ☐ Dressing Change |

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 955 | TRANSPORTATION: Ambulatory | DESTINATION: RTQ |
|---|---|---|

LSP-TC 07     Rev. 11/2006          ACCIDENT/INJURY REPORT          PAGE ___ OF ___

**Form HC-01-A**
**14 September 2009**          **Health Care Request Form**          Institution __L.S.P.__

01764                                        __-54__   __CAMP-J.__          __NONE__

__Herbert G. Martin__   __076859__   __57__   __Shark 4-Left #6.__   __Extended 4/D.__
Name                          DOC #         Age         Housing         Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** I'm in
serious need of ear medication; my ears are running and
could "infected" They're hurting; Need to see an Doctor?
This been going on for three or four days and haven't
stop. Please help in this matter; S/ Herbert G. Martin 76859

**Healthcare Personnel Screening:** Date: _6-2-12_ Time: _11:11 hm_ Location Seen: _J_

(Circle One):   Emergency / Routine Sick Call / Work Related Allergies: _0_

B/P _130/90_   Pulse _90_   Resp _16w_   Temp _98.7_   Other _____

**Assessment/Comment:** _Ears No swelling Noted C/O appears w/o redness_
_in drainage. Eyes No redness/ Dried up well_

**Disposition:**

(1) Defender hosel for vcomycin + FU polymyxin

**New Medications Ordered:**

_____

_____                              IM
_____                         _7-3-12_
_____ **Total #:** _____

**Screener's Signature:** X _____     **HCP's Signature:** _____     **Date:** _____

☐ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _____   Total: $ _3.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care
services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions
noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds
that and emergency does not exist, I may be given a disciplinary report for malingering.

                                                              __JULY__
__Herbert G. Martin__          __076859__   __7/2/2012__   _____
Offender Signature                  DOC #         Date         Witness Signature

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**

**Health Care Request Form**

**Institution** L.S.P.

-54    CAMP-J.    NONE

Herbert G. Martin 076859    57    Shark 4-L-6.    EXTENDED L/D.

| Name | DOC # | Age | Housing | Job Assignment |

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** REQUEST
FOR NEEDED ITEMS?

1. SORE THROAT SPRAY
1. TRIPLE ANTIBIOTIC OINTMENT
1. PINK BISMUTH

S/. Herbert G. Martin #076859

**Healthcare Personnel Screening: Date:** 6-23-12 **Time:** 0⁵/A **Location Seen:** J

**(Circle One):** Emergency / Routine Sick Call / Work Related Allergies: ○

**B/P** U70 **Pulse** U70 **Resp** U70 **Temp** _____ **Other** _____

**Assessment/Comment:** Offender Wouldn't let me take V/S signs and Wouldn't give a reason for needing or wanting.

**Disposition:**

SICPRN

**New Medications Ordered:**

_____

_____

_____  **Total #:** ____

**Screener's Signature:** [signature]

**Health Care Practitioner Notes:**

[illegible handwritten notes] S/C 2 Hr ... IPN 6/27/12

**HCP's Signature:** [signature]    **Date:**

☐ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _____    Total: $ 3.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

JUNE

Herbert G. Martin    076859    6-24-2012    [signature]

| Offender Signature | DOC # | Date | Witness Signature |

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

Form HC-01-A
14 September 2009    C76966

**Health Care Request Form**    Institution ___L.S.P.___

HERBERT G. MARTIN    076859    .54    CAMP-J.    NONE
57    SHARK 4-L-C#6.    EXTENDED L/D.
Name    DOC #    Age    Housing    Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** REQUESTING

1. SORE THROAT SPRAY    FOR the Needed items of
1. TRIPLE ANTIBIOTIC OINTMENT    MEDICATION'S - PLEASE?
1. PINK BISMUTH    THANKS IN ADVANCE!

S/ Herbert G. Martin # 076859

**Healthcare Personnel Screening:** Date: 6-25-12   Time: 1051   Location Seen: SHk

(Circle One):   Emergency / Routine Sick Call / Work Related Allergies: ___ASA___

B/P 122/80   Pulse 60   Resp 17   Temp 98.7   Other ___

**Assessment/Comment:** Pt's dentures are cutting his gums. No bleeding witnessed. Pt also complains of diarrhea X 2 days. Abdomen soft non tender non distended. No other complaints

**Disposition:**

OTC/Dental

**New Medications Ordered:**

Hemorrhoid (struck through)

Pepto ordered

Total #: 1

Screener's Signature: ____

**Health Care Practitioner Notes:**

Billy Connor D.D.S., M.S. 7/11/12

6/28/12

HCP's Signature:    Date:

☐ No Fees  ☒ $3 Access Fee  ☐ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $2    Total: $5

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Herbert G. Martin    076859    JUNE 6-25-2012    ___
Offender Signature    DOC #    Date    Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

LOUISIANA STATE PENITENTIARY
R.L. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: Herbert Martin    DOC#: 26859    CAMP: 4/4    JOB ASSIGN: _____

TEMP: 99.1    PULSE: 80    RESP: 20    B/P: 140/78    WEIGHT: 206

DATE: 6-25-12          f/u HTN, DM, SZ D/o

TIME: 908

ALLERGIES: ASA

① HTN - CCB, ARB, Coreg → borderline - CPM  √TSH

② HLD - 10mg Zocor → Ø SE; √ labs
                      ∅ MM c/o's

③ DMII - 2/30 @ 15u : 6u → Ø † glu's    eyes - CK 3-26-12
                                         feet - see #5

④ Sz d/o - labs 2/12 = Ø in blood; Ø reported Sz's

⑤ T. pedis - (L) 5ᵗʰ toe web - add topical? claims Ø tolnaft
                                              pharm will RF

⑥ †Hgb A1c (8-4-1) √ labs (c/w good control but yr)
           6

⑥ latent syph - √LFT's

DUTY STATUS: _____

DIET: _____

MISC. ORDERS: FLP, Dilantin, tegretol, TSH
Chem-7, liver panel, Hgb A1c

☐ APPOINTMENT: RTC 4 mos

PHYSICIAN SIGNATURE: Paul Tree MD

PHYSICIANS CLINIC

-TC 19   06/2006                WDN 6/25/12  11:00 AM

**Form HC-01-A**
**14 September 2009**

017886

**Health Care Request Form**

**Institution** _L.S.P._

| | | 54 | CAMP-J. | NONE |
| HERbERt G. MARtiN | O76859 | 57 | CUDA 4-R-CELL #6. | EXTENDED L/D. |
| Name | DOC # | Age | Housing | Job Assignment |

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** "NEEDED

| 1.BAciTRACiN ZiNC | 1.TOLNAFTATE 1% CREAM | 1. BiSMUTh | REQUEST"? |
| OiNtMENt USP | ANTiFUNGAL CREAM. | | ORDER PLEASE! |
| NET WT ½ OZ (14.2G) | Net WT ½ OZ (15G) | | |
| First Aid ANtibiOTic Oint | | S/ Herbert G. MartiN # O76859 | |

**Healthcare Personnel Screening:** Date: 6-3-12 Time: 0658 Location Seen: Cuda

(Circle One): Emergency / (Routine Sick) Call / Work Related Allergies: _NKDA_

B/P 126/78 Pulse 92 Resp 16 Temp 98.6 Other 0

Assessment/Comment: Pt C/o having mild abrasions to lower legs ā restraints ā drainage & bleeding, also C/o fungus to web spaces of toes ā drainage, white looking fungus pt also C/o mild upset stomach ē loose bowels.

| **Disposition:** | **Health Care Practitioner Notes:** |
| OTC | |
| **New Medications Ordered:** | |
| TAO ī N6ₒf | |
| Clotrimazole — Aas Rx J Pill Nursewillorder | |
| pepto mbox Total #: 3 | |
| Screener's Signature: A. MOtt #68 | HCP's Signature: Paul ... 6-4-12 Date: |

☐ No Fees ☒ $3 Access Fee ☐ $6.00 Access Fee ☒ $2 for Each Prescription Fee: $ _6.00_ Total: $ _7.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

| Herbert G. Martin | 076859 | JUNE 6/3/2012 | A. MOtt #68 |
| Offender Signature | DOC # | Date | Witness Signature |

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy



Page  1

### Louisiana State Penitentiary Mental Health Contact Note

| Name | DOC | Location | Age | Race | AU Date | Contact Date Time |
|------|-----|----------|-----|------|---------|-------------------|
| Martin,Herbert | 76859 | J GAR 1/R 0 | 59 | B | 4/10/95 | 8/11/2013   11:00am |

Visit Location:  GAR1R

Contact Type:  Individual/offender Request
Record Type:   Contact Note

**Section I   Client Subjective Complaint(s):**

Comlained About Security;no Mh Issues;said He Liked It At J But Wants To Be In Bass Dorm And Go There Directly From J Cell Block; Advised Him To Speak To Ranking Security

**Section II   Mental Status Exam:**

Oriented To: X3
        Affect: WNL of range and intensity
          Mood: Angry when he spok of security and the prison system
   Eye Contact: Appropriate to situation
   Psychomotor: No retardation/agitation noted
        Speech: Within Normal Limits
    TH Content: Appropriate to situation
    TH Process: Illogical conclusions generated ; WANTING TO GO RIGHT TO BASS DORM WITH OUT DOING WORK FROM A WORKING BLOCK AND SHOWING HE CAN MAINTAIN OVER TIME GOOD BEHAVIOR; ALSO SAID HE LIKES IT AT J AND OFTEN MAKES IT TO LEVEL 3
 Recent Memory: Appears intact
 Remote Memory: Appears intact
       Insight: WNL for prison population
     Judgement: Poor ; ON GAR SO APARENTLY WRITTEN UP
      Attitude: ARGUMENTATIVE
      Grooming: Appropriate to situation
          Cell: Clean
      Behavior: Manipulative/Attention-seeking ; no MH concerns expressed
       Suicide: No signifcnt risk factors detected
      Homicide: No evidence of danger to others

**Section III   Clinician Notes:**

See above. Apparently this offender makes it often to Level 3 but does something to stay at J because he cannot go to Bass dorm where he would like to go. Says he has been at J for 30 years. NO MH issues expressed. Encouraged him to work his way out of J and try new things but he did not seem receptive.

**Section IV   Assessment:**

        1. Coping skills poor currently
        2. Functioning adequate currently
        3. No MH concerns currently
        4. Complains about security yet says he likes it at J
        5. Suicide risk-no evidence currently
        6. No Acute Distress Noted

**Section V   Disposition:**

   Goals:   1. Level of functioning maintained
            2. Compliance w/ rules/regulations

   Plan:    1. F/U prn-Self referral by client

**Section VI Level of Care Codes:**

        PRESENT   LOC 5H IQ  H  ABS X   VHF N  SA DA  SUI S   LAST WATCH DATE 11/26/2006

_____        _____        8/11/2013        _____
    Date                   Supervisor Approval              Date              Dianne Peabody
                                                                              Social Worker 6
                                                                            Clinician Signature

Documentation Date: 8/11/2013   Time: 02:33p              Contact Date: 8/11/2013   Time: 11:00am

 

Page  1

**Louisiana State Penitentiary Mental Health Contact Note**

| Name | DOC | Location | Age | Race | AU Date | Contact Date Time |
|------|-----|----------|-----|------|---------|-------------------|
| Martin,Herbert | 76859 | J CUDA 1/L | 58 | B | 4/10/95 | 1/29/2013   08:00am |

**Visit Location:**  j

**Contact Type:**  Routine Rounds
**Record Type:**  Contact Note

**Section I  Client Subjective Complaint(s):**

No Mental Health Concerns Currently

**Section II  Mental Status Exam:**

Oriented To: X4
Affect: Within Normal Limits
Mood: Congruent with Affect
Eye Contact: Good
Psychomotor: Within Normal Limits
Speech: Coherent and Relevant
TH Content: Within Normal Limits
TH Process: Appear fully intact
Recent Memory: Good
Remote Memory: Good
Insight: Good
Judgement: Good
Attitude: Cooperative
Grooming: Good
Cell: Clean
Behavior: Appropriate
Suicide: No significant risk factors detected
Homicide: No evidence of danger to others

**Section III  Clinician Notes:**

Inmate was seen during routine rounds.  Inmate was given the opportunity to express any mental health concerns.  Inmate engaged in casual conversation.  Inmate did not voice any mental health concerns and none were observed.  Inmate was given self referral instructions. Will follow up per LSP MH policy.

**Section IV  Assessment:**

1. Coping skills adequate currently
2. Functioning well currently
3. No mental health concerns currently

**Section V  Disposition:**

Goals:  1. Compliance with rules/regulations
2. Level of functioning maintained

Plan:  1. Routine follow-up for MH LOC

**Section VI Level of Care Codes:**

PRESENT  LOC  3 IQ  H  ABS X   VHF N  SA DA  SUI S   LAST WATCH DATE 11/26/2006

_____     _____          _____     _____
Date              Supervisor Approval            Date             David Ankenbrand, MS
                                                                 Asst. 4 to Psychologist
                                                                 Clinician Signature

Documentation Date: 1/29/2013   Time: 10:20a          Contact Date: 1/29/2013  Time: 08:00am

**Form HC-36-A**
**09 August 2005**

## MENTAL HEALTH SERVICE CODES
## AND LEVEL OF CARE REVIEW

INMATE: MARTIN, HERBERT          DOC#: 76859 .   DATE: 12/17/12

**CHECK ONE OR MORE MODIFIERS FOR EACH SERVICE CODE AS APPROPRIATE**

| CURRENT: | CHANGE TO: |
|---|---|

| Code | Modifier | | Code | Modifier |
|---|---|---|---|---|

**SH**
- [ ] x — none indicated
- [x] p — present*
- [ ] s — suspected
- [ ] i — history of ideation*
- [ ] m — history of self-mutilation*

**SH**
- [ ] x — none indicated
- [x] p — present*
- [ ] s — suspected
- [ ] i — history of ideation*
- [ ] m — history of self-mutilation*

*Indicate date of last act of self harm: 9/16/04     *Indicate date of last watch date: 11/26/06

*Indicate date of last management order (unrelated to suicide watch or ideation):

**DD**
- [x] x — none indicated
- [ ] p — present
- [ ] s — suspected

**DD**
- [x] x — none indicated
- [ ] p — present
- [ ] s — suspected

**SA**
- [ ] x — none indicated
- [x] a — abuse indicated
- [x] d — dependence indicated
- [ ] t — detoxification indicated

**SA**
- [ ] x — none indicated
- [x] a — abuse indicated
- [ ] d — dependence indicated
- [ ] t — detoxification indicated

**SX**
- [ ] x — none indicated
- [x] a — adjudicated
- [ ] c — court-ordered treatment
- [x] i — institutional

**SX**
- [ ] x — none indicated
- [x] a — adjudicated
- [ ] c — court-ordered treatment
- [ ] i — institutional

**AX**
- [x] x — none indicated
- [ ] p — present
- [ ] s — suspected

**AX**
- [x] x — none indicated
- [ ] p — present
- [ ] s — suspected

**PM**
- [x] x — no psychiatric medication
- [ ] p — present
- [ ] r — referral recommended

**PM**
- [x] x — no psychiatric medication
- [ ] p — present
- [ ] r — referral recommended

Level of Care: 3          Level of Care: 5H

Reasons for changing or maintaining service codes and/or level of care:

Copy:  Medical Record (Original)
       Institutional Record
       Mental Health Director

_____
Mental Health Director/Designee

Page 1

### Louisiana State Penitentiary Mental Health Contact Note

| Name | DOC | Location | Age | Race | AU Date | Contact Date Time |
|------|-----|----------|-----|------|---------|-------------------|
| Martin,Herbert | 76859 | J CUDA 1/L | 58 | B | 4/10/95 | 12/11/2012  02:00pm |

**Visit Location:** MH Office REBTC

**Contact Type:** Soap Interview
**Record Type:** Contact Note

### Section I  Client Subjective Complaint(s):

   Soap Interview

### Section II  Mental Status Exam:

```
   Oriented To: X4
        Affect: Mood-congruent
          Mood: Within Normal Limits
    Eye Contact: Appropriate to situation
    Psychomotor: No retardation/agitation noted
        Speech: Coherent and Relevant
    TH Content: Appropriate to situation
    TH Process: Appear fully intact
  Recent Memory: Appears intact
  Remote Memory: Appears intact
       Insight: WNL for prison population
     Judgement: WNL for prison population
      Attitude: Appropriate to situation
      Grooming: Appropriate to situation
          Cell: Not Applicable
      Behavior: Appropriate to situation
       Suicide: No signifcnt risk factors detected
      Homicide: No evidence of danger to others
```

### Section III  Clinician Notes:

SOAP interview conducted 12/11/2012.  Offender was cooperative throughout.
Assessment completed and relevant people informed.

### Section IV  Assessment:

        1. Coping skill adequate currently

### Section V  Disposition:

   Goals:  1. Deferred

   Plan:   1. No further MH intervention now

### Section VI Level of Care Codes:

        PRESENT   LOC  3 IQ  H  ABS X   VHF N  SA DA  SUI S   LAST WATCH DATE 11/26/2006

_____          _____          _____          Cynthia Aquilina, LCSW
   Date                Supervisor Approval           Date                Social Worker 6
                                                                      Clinician Signature

Documentation Date: 1/29/2013   Time: 11:15a          Contact Date: 12/11/2012 Time: 02:00pm



HC - 26 Form A

DATE: *1 7 4 14*

## REFUSAL TO ACCEPT MEDICAL CARE

This refusal of medical attention is made voluntarily and after full explanation of the medical attention recommended and the consequences of refusing it. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

X _Refused to sign_
Signature of Inmate

_____
Witness

_____
Witness

I, _Hebert Math_ , # _76859_ , hereby refuse the following
described medical attention:

_Refused to sign_ D.

_____
Attending Prescriber

Distribution:

Medical Record

Revised 8/1/02





## LOUISIANA STATE PENITENTIARY
## R. E. BARROW, JR. TREATMENT CENTER

### DENTAL PROGRESS NOTES

NAME: HERBERT MARTIN                    LOCATION: J GTR 1/L

DOC#: 76859                    WORK ASSIGNMENT: _____

| DATE | TOOTH NUMBER | CAVITY LOCATION | OPERATION OR TREATMENT* |
|---|---|---|---|
| 10/25/13 | ept 22,23,24 | | Local - ept 22,23,24 - BSS - |
| | | | Tirapol 10mg x 15 tid - 2 stat |
| | | | Protein 2ee - 1 mo. |
| | | | RTC - sut. rem. |
| | | | |
| | | | |
| 11/1/13 | | | S. R. - Panorx - Healing Well |
| | | | Benopretine (2) Scaps - hid |
| | | | Soft Diet x 3mo.    Dr Cw |
| | | | RTC. Dr Bejer - Imp/oral - Jan '14 |
| | | | Dr Cw |
| | | | |
| | | | |
| 1-14-14 | | | According to security, Pt was |
| | | | uncooperative in cell and refused |
| | | | to sign refusal form. |
| | | | Refer to D/C. |
| | | | Hm |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Notes should be signed by dentist and/or technician.

LSP-TCDEN 02   Rev. 10/97

```
Doc#:76859      Inmate Name: MARTIN        , HERBERT        Race: B Age: 59.
  LSP AU Date: 04/10/95    Location: J GTR 2/R      Job: L/D
```

```
                              Current Medications            Page 1
       Medication          Strength       Start Date     Stop Date   Dr. Ordered
1.  ADULT NUTR.                           11/02/2013     01/30/2014   CANNON, BILLY, DDS
    (BENEPROTEIN) @
Directions:   MIX & DRINK 2 SCOOPS 3 TIMES A DAY


2.  METHOCARBAMOL @      500 MG           03/01/2013     02/27/2014   TOCE, PAUL

Directions:   TAKE ONE TABLET BY MOUTH TWICE A DAY


3.  PHENYTOIN EXT. @     100MG            03/02/2013     02/28/2014   TOCE, PAUL

Directions:   TAKE 1 CAPSULE IN THE MORNING AND 3 CAPSULE IN THE EVENING


4.  NAPROXEN   @         500 MG           09/17/2013     03/15/2014   TOCE, PAUL

Directions:   TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR PAIN


5.  CETIRIZINE @         10 MG            04/03/2013     04/02/2014   TOCE, PAUL

Directions:   TAKE ONE TABLET EVERY EVENING


6.  INSULIN HUM 70/30  100 U/ML          04/09/2013     04/08/2014   TOCE, PAUL
    VL @
Directions:   INJECT 15 UNITS EACH MORNING AND 6 UNITS EACH EVENING


7.  SODIUM CHLORIDE @   0.65% [K          12/19/2013     04/17/2014   TOCE, PAUL
    (OCEAN)
Directions:   SQUEEZE 2 SPRAYS IN EACH NOSTRIL FOUR TIMES DAILY AS DIRECTED


8.  AURO-DRI @                           12/19/2013     04/17/2014   TOCE, PAUL

Directions:   USE AS DIRECTED


9.  CARBAMAZEPINE @     200 MG           05/17/2013     05/15/2014   TOCE, PAUL

Directions:   TAKE ONE TABLET BY MOUTH TWICE A DAY


10. LOSARTAN @          50MG             05/17/2013     05/16/2014   TOCE, PAUL

Directions:   TAKE ONE TABLET BY MOUTH TWICE A DAY


11. CARVEDILOL @        25MG             05/17/2013     05/16/2014   TOCE, PAUL

Directions:   TAKE ONE TABLET BY MOUTH TWICE A DAY
```

```
Signature: _____

1.)Give circled meds at designated pill call times
2.)Have inmate initial each dose given and the officer sign the page
3.)Circle pill call time if he refuses and fill out a refusal form
4.)If inmate carries his own meds, document this beside the Med.
PRINTED DATE:   Tuesday, January 14, 2014
```



```
Doc#:76859     Inmate Name: MARTIN        , HERBERT          Race: B Age: 59.
 LSP AU Date: 04/10/95    Location: J GTR 2/R        Job: L/D
```

|  | Current Medications |  |  | Page 1 |
|---|---|---|---|---|
| Medication | Strength | Start Date | Stop Date | Dr. Ordered |
| 12. SIMVASTATIN @ | 10 MG | 05/17/2013 | 05/16/2014 | TOCE, PAUL |

Directions:   TAKE ONE TABLET BY MOUTH AT THE 3RD PILL CALL

| 13. CAPSAICIN @ | .075%/ 2 | 12/19/2013 | 06/16/2014 | TOCE, PAUL |
|---|---|---|---|---|

Directions:   APPLY TO AFFECTED AREA(S) AS DIRECTED

| 14. AMLODIPINE @ | 5MG | 12/19/2013 | 12/18/2014 | TOCE, PAUL |
|---|---|---|---|---|

Directions:   TAKE ONE TABLET BY MOUTH EVERY DAY

Signature: _____

1.)Give circled meds at designated pill call times
2.)Have inmate initial each dose given and the officer sign the page
3.)Circle pill call time if he refuses and fill out a refusal form
4.)If inmate carries his own meds, document this beside the Med.
PRINTED DATE:   Tuesday, January 14, 2014



## LOUISIANA STATE PENITENTIARY
## R. E. BARROW, JR. TREATMENT CENTER

### DENTAL PROGRESS NOTES

NAME: Albert Martin

LOCATION: _____

DOC#: 76854.

WORK ASSIGNMENT: _____

| DATE | TOOTH NUMBER | CAVITY LOCATION | OPERATION OR TREATMENT* |
|------|--------------|-----------------|-------------------------|
|      |              |                 |                         |
|      |              |                 |                         |
|      |              |                 |                         |
|      |              |                 |                         |
|      |              |                 |                         |
|      |              |                 |                         |
|      |              |                 |                         |
|      |              |                 |                         |
|      |              |                 |                         |
|      |              |                 |                         |
|      |              |                 |                         |
|      |              |                 |                         |
|      |              |                 |                         |
|      |              |                 |                         |
|      |              |                 |                         |
|      |              |                 |                         |
|      |              |                 |                         |
|      |              |                 |                         |
|      |              |                 |                         |
|      |              |                 |                         |
|      |              |                 |                         |
|      |              |                 |                         |

*Notes should be signed by dentist and/or technician.

LSP-TCDEN 02   Rev. 10/97

LOUISIANA STATE PENITENTIARY
R. L. BARROW, JR., TREATMENT CENTER

## CONSENT FOR ORAL SURGERY PROCEDURES AND ANESTHESIA
## ACKNOWLEDGMENT OF RECEIPT OF INFORMATION

PLEASE READ THE FORM CAREFULLY. State law requires us to obtain your consent to your contemplated surgery or dental procedure. What you are being asked to sign is confirmation that we have discussed the nature and purpose of your contemplated operation or dental procedure and the risks associated with; and that we have answered all of your questions in a satisfactory manner. Ask about anything you do not understand. We will be pleased to explain.

1. I hereby authorize _____ **Dr. Blunt O.S.** _____ with associates or

assistants of his choice to perform upon _____ *Herbert Martin* _____ *76859*

Name                                                                       DOC#

the following surgical diagnostic or medical procedure _____ *ext.#22,23,24*

_____

including any necessary or advisable anesthesia, to include local anesthesia. I further advise the doctors to perform any other procedure that in their judgment is advisable for my well being. This operation has been explained to me. Alternate methods of treatment, if any, have also been explained to me, as have the advantages and disadvantages of each. I am advised that though good results are expected, the possibility and nature of complications cannot be accurately anticipated and that, therefore, there can be no guarantee as expressed or implied either as to the results of the medical procedure or as to cure.

2. In general terms, the nature and purpose of this operation or medical procedure is: _____

_____

_____

3. Some risks (but not all) known to be associated with this procedure, including anesthesia are:

| | |
|---|---|
| Death | Infection |
| Brain Damage | Instrument Breakage |
| Quadriplegia | Retained Instrument Fragment(s) |
| Paraplegia | Damage to Adjacent Teeth |
| Loss of Organ(s) | Fracture or Breakage of Jaw |
| Loss of Function of an Organ | Sinus Involvement |
| Loss of Function of an Arm(s) or Leg(s) | TMJ Disfunction or worsening of TMJ condition |
| Disfiguring Scars | Trismus (Jaw pain or difficulty opening mouth) |
| Phlebitis (infection or inflammation of blood | Further surgery or treatment |
| vessel, i.e. vein) | Pain |
| Temporary, partial or permanent numbness | Bleeding |
| of lips, tongue, chin, face, teeth | Face Swelling |
| Loss of Taste | Injury to nerves of the face |
| Swallowing of Foreign Objects | Drug/Allergic Reaction |
| Aspiration of Foreign Objects | Dry Socket |

(OVER)

I have been informed of the probability of occurrence of each of the foregoing risks as the result of, or in connection with, the surgical or medical procedure contemplated herein.

I hereby authorize and direct the above named dentist with associates or assistants, to provide such additional services as they may deem reasonable and necessary including, but not limited to, the administration of any anesthetic agent, or services of the x-ray department or laboratories, and hereby consent thereto.

I understand I should immediately notify the dentist of any suspected complication(s) that may arise, where further treatment or alternative treatment(s) may be discussed.

I hereby state that I have read and understand the consent, all questions about the procedure or procedures have been answered in a satisfactory manner, and that all blanks were filled in prior to my signature. This consent form is valid until revoked by me in writing.

Signature of Patient: _Herbert H Martin #376859_     Date: _10/25/13_

Signature of Relative: _____
(Where Required)

Signature of Representative: _____
(Where Required)

Witness: _S Blunt_

I certify that all blanks in this form were filled in prior to signature and I explained them to the patient or his representative before requesting patient or his representative sign it.

(Signature of the above named doctor)



**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**

**DENTAL PROGRESS NOTES**

NAME: _HERBERT MARTIN_  LOCATION: _J GTR 1/2_

DOC#: _76859_  WORK ASSIGNMENT: _____

| DATE | TOOTH NUMBER | CAVITY LOCATION | OPERATION OR TREATMENT* |
|---|---|---|---|
| 8/9/13 | ext 12,13,28 | | Lidocaine 2% 3 carps, ext 12,13,28 BSS, |
| | | | Torodal 10 mg X 15 tid - 2 tbt, |
| | | | Beneprotein tid - 1 wk. |
| | | | RTC - sut. rem. |
| | | | RTC - Dr. Blunt - ext 22, 23, 24 |
| | | | |
| | | | _Blunt (signature)_ |
| | | | |
| 8-16-13 | | | Su Rem ↑ L & Ⓡ healing WNL |
| | | | RTC - Dr Blunt to Ext 22, 23, 24  10/7/13 |
| | | | Premed. 10/1/13          EN Beie |
| 9-16-13 | | | pre meds : 10-14-13 |
| | | | 10-29-13  0b a W13 |
| | | | Sched for premed but confirming Appt it was |
| | | | moved to later. Rx Beneprotein 1 scoop TID |
| | | | X 90 days RTC Premed        EN Beie |
| 10-16-13 | | | Premed Cephalexin 500 mg X 60, Ibuprofen 600 mg |
| | | | X 30. Pt. states he is allergic to ASA but |
| | | | can take Ibuprofen. RTC Dr Blunt to ext |
| | | | # 22, 23, 24      EN Beie |
| | | | |

*Notes should be signed by dentist and/or technician.

LSP-TCDEN 02  Rev. 10/97



LOUISIANA STATE PENITENTIARY
R. L. BARROW, JR., TREATMENT CENTER

## CONSENT FOR ORAL SURGERY PROCEDURES AND ANESTHESIA
## ACKNOWLEDGMENT OF RECEIPT OF INFORMATION

PLEASE READ THE FORM CAREFULLY. State law requires us to obtain your consent to your contemplated surgery or dental procedure. What you are being asked to sign is confirmation that we have discussed the nature and purpose of your contemplated operation or dental procedure and the risks associated with; and that we have answered all of your questions in a satisfactory manner. Ask about anything you do not understand. We will be pleased to explain.

1. I hereby authorize _____ Dr. Blunt O.S. _____ with associates or

assistants of his choice to perform upon __Herbert Martin__  __76859__

Name    DOC#

the following surgical diagnostic or medical procedure __ext. 12, 13, 28__

including any necessary or advisable anesthesia, to include local anesthesia. I further advise the doctors to perform any other procedure that in their judgment is advisable for my well being. This operation has been explained to me. Alternate methods of treatment, if any, have also been explained to me, as have the advantages and disadvantages of each. I am advised that though good results are expected, the possibility and nature of complications cannot be accurately anticipated and that, therefore, there can be no guarantee as expressed or implied either as to the results of the medical procedure or as to cure.

2. In general terms, the nature and purpose of this operation or medical procedure is: _____

_____

3. Some risks (but not all) known to be associated with this procedure, including anesthesia are:

Death
Brain Damage
Quadriplegia
Paraplegia
Loss of Organ(s)
Loss of Function of an Organ
Loss of Function of an Arm(s) or Leg(s)
Disfiguring Scars
Phlebitis (infection or inflammation of blood
        vessel, i.e. vein)
Temporary, partial or permanent numbness
        of lips, tongue, chin, face, teeth
Loss of Taste
Swallowing of Foreign Objects
Aspiration of Foreign Objects

Infection
Instrument Breakage
Retained Instrument Fragment(s)
Damage to Adjacent Teeth
Fracture or Breakage of Jaw
Sinus Involvement
TMJ Disfunction or worsening of TMJ condition
Trismus (Jaw pain or difficulty opening mouth)
Further surgery or treatment
Pain
Bleeding
Face Swelling
Injury to nerves of the face
Drug/Allergic Reaction
Dry Socket

(OVER)

SP-TCDEN B Rev 10/95

I have been informed of the probability of occurrence of each of the foregoing risks as the result of, or in connection with, the surgical or medical procedure contemplated herein.

I hereby authorize and direct the above named dentist with associates or assistants, to provide such additional services as they may deem reasonable and necessary including, but not limited to, the administration of any anesthetic agent, or services of the x-ray department or laboratories, and hereby consent thereto.

I understand I should immediately notify the dentist of any suspected complication(s) that may arise, where further treatment or alternative treatment(s) may be discussed.

I hereby state that I have read and understand the consent, all questions about the procedure or procedures have been answered in a satisfactory manner, and that all blanks were filled in prior to my signature. This consent form is valid until revoked by me in writing.

Signature of Patient: _Herbert G. Martin 76859_    Date: _8/9/13_

Signature of Relative: _____
(Where Required)

Signature of Representative: _____
(Where Required)

Witness: _Suzanne Blunt_

I certify that all blanks in this form were filled in prior to signature and I explained them to the patient or his representative before requesting patient or his representative sign it.

_____
(Signature of the above named doctor)



## LOUISIANA STATE PENITENTIARY
## R. E. BARROW, JR. TREATMENT CENTER

### DENTAL PROGRESS NOTES

NAME: _HERBERT MARTIN_     LOCATION: _J CUDA 1/L_

DOC#: _76859_     WORK ASSIGNMENT: _____

| DATE | TOOTH NUMBER | CAVITY LOCATION | OPERATION OR TREATMENT* |
|---|---|---|---|
| 4/24/13 | | | S.C. → O.A. - following Refusal - ATC - Dr Hill - 1st Available |
| 4.30.13 | | | RTC Pre-med J Dr Cyp Dr. Blunt ext 12/13/28. |
| 7.2.13 | | | Keflex 500mg B.i.d × 5 Days. Ibu 600mg t.i.d × 20Days. |
| | 8-9 | | RTC 7.11.13 DR. Blunt 12/.3/28 hm |
| 7.30.13 | | | Pre-meds Keflex 500mg B.i.d × 5 days Ibu 600mg t.i.d × 20Days RTC 8.9 Dr. Blunt 12/.3/28 hm |

*Notes should be signed by dentist and/or technician.

LSP-TCDEN 02   Rev. 10/97



## LOUISIANA STATE PENITENTIARY
### R. E. BARROW, JR. TREATMENT CENTER

### DENTAL PROGRESS NOTES

NAME: _Herbert Martin_    LOCATION: _J Cuda ½_

DOC#: _76859_    WORK ASSIGNMENT: _____

| DATE | TOOTH NUMBER | CAVITY LOCATION | OPERATION OR TREATMENT* |
|---|---|---|---|
| 1/7/13 | ept #6 4 + 2 | | Lidocaine 2%, 2 carps ext 24,6 - BSS - Toradol 10 mg X 15 tid - 2 stat - Benaprotein tid - 1 wk. RTC - sut. rem. RTC - Dr. Blunt |
| 1·15·13 | | | Suture removal RTC pre med Dr. Blunt ext ↑2 Benaproten X 3 mon Soft diet X 3 mon |
| 3·12·13 | | | Keflex 500 mg q.d. X 50 days SAU 600 mg t.d X 20 days RTC Dr. Blunt |
| 3/22/13 | | | Refused - Must see Dr. Connor |

*Notes should be signed by dentist and/or technician.

LSP-TCDEN 02   Rev. 10/97

...ISIANA STATE PENITENTIAR...
R. E. ...RROW, JR., TREATMENT CEN...

## CONSENT FOR ORAL SURGERY PROCEDURES AND ANESTHESIA
## ACKNOWLEDGMENT OF RECEIPT OF INFORMATION

PLEASE READ THE FORM CAREFULLY. State law requires us to obtain your consent to your contemplated surgery or dental procedure. What you are being asked to sign is confirmation that we have discussed the nature and purpose of your contemplated operation or dental procedure and the risks associated with; and that we have answered all of your questions in a satisfactory manner. Ask about anything you do not understand. We will be pleased to explain.

1. I hereby authorize _____ **Dr. Blunt O.S.** _____ with associates or

assistants of his choice to perform upon _____ *Herbert Martin* _____

the following surgical diagnostic or medical procedure _*Extraction teeth #1, 2, 4+6*_
(Name)    (DOC#)

including any necessary or advisable anesthesia, to include local anesthesia. I further advise the doctors to perform any other procedure that in their judgment is advisable for my well being. This operation has been explained to me. Alternate methods of treatment, if any, have also been explained to me, as have the advantages and disadvantages of each. I am advised that though good results are expected, the possibility and nature of complications cannot be accurately anticipated and that, therefore, there can be no guarantee as expressed or implied either as to the results of the medical procedure or as to cure.

2. In general terms, the nature and purpose of this operation or medical procedure is: _____

3. Some risks (but not all) known to be associated with this procedure, including anesthesia are:

| | |
|---|---|
| Death | Infection |
| Brain Damage | Instrument Breakage |
| Quadriplegia | Retained Instrument Fragment(s) |
| Paraplegia | Damage to Adjacent Teeth |
| Loss of Organ(s) | Fracture or Breakage of Jaw |
| Loss of Function of an Organ | Sinus Involvement |
| Loss of Function of an Arm(s) or Leg(s) | TMJ Disfunction or worsening of TMJ condition |
| Disfiguring Scars | Trismus (Jaw pain or difficulty opening mouth) |
| Phlebitis (infection or inflammation of blood vessel, i.e. vein) | Further surgery or treatment |
| | Pain |
| Temporary, partial or permanent numbness of lips, tongue, chin, face, teeth | Bleeding |
| | Face Swelling |
| Loss of Taste | Injury to nerves of the face |
| Swallowing of Foreign Objects | Drug/Allergic Reaction |
| Aspiration of Foreign Objects | Dry Socket |

(OVER)

LSP-TCDEN 01   Rev. 10/97

I have been informed of the probability of occurrence of each of the foregoing risks as the result of, or in connection with, the surgical or medical procedure contemplated herein.

I hereby authorize and direct the above named dentist with associates or assistants, to provide such additional services as they may deem reasonable and necessary including, but not limited to, the administration of any anesthetic agent, or services of the x-ray department or laboratories, and hereby consent thereto.

I understand I should immediately notify the dentist of any suspected complication(s) that may arise, where further treatment or alternative treatment(s) may be discussed.

I hereby state that I have read and understand the consent, all questions about the procedure or procedures have been answered in a satisfactory manner, and that all blanks were filled in prior to my signature. This consent form is valid until revoked by me in writing.

Signature of Patient: _____    Date: _1/7/13_

Signature of Relative: _____
(Where Required)

Signature of Representative: _____
(Where Required)

Witness: _____

I certify that all blanks in this form were filled in prior to signature and I explained them to the patient or his representative before requesting patient or his representative sign it.

_____
(Signature of the above named doctor)

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**

**DENTAL PROGRESS NOTES**

NAME: _HERBERT MARTIN_     LOCATION: _J6AR ²/R_

DOC#: _76859_     WORK ASSIGNMENT: _____

| DATE | TOOTH NUMBER | CAVITY LOCATION | OPERATION OR TREATMENT* |
|---|---|---|---|
| 11/20/12 | ext #11 | | Lidocaine 2%, 2 carps. ext #11, BSS, |
| | | | 2oradal 10 mg X 15 tid - 2 stat |
| | | | Beneprotein tid - 5 days. |
| | | | RTC - sut. rem. |
| | | | |
| 11·27·12 | | | Suture removal |
| | | | Now wants # 6 ext |
| | | | also. |
| | | | RTC W Pre-med |
| | | | Dr. Blunt # 6 |
| | | | |
| 1/3/13 | | | Pre op med - Toradal 10 mg x2/ stat. Disp 15 tid |
| | | | cephalexin 500 mg x2/stat - Disp 60 gic |
| | | | RTC - Dr Blunt - ext # 6 - All max |
| | | | Rt. Side 1st |
| | | | 1/7/13        Dr C. es |
| | | | |
| | | | |
| | | | |
| | | | |

*Notes should be signed by dentist and/or technician.

LSP-TCDEN 02   Rev. 10/97

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR., TREATMENT CENTER**

## CONSENT FOR ORAL SURGERY PROCEDURES AND ANESTHESIA
## ACKNOWLEDGMENT OF RECEIPT OF INFORMATION

PLEASE READ THE FORM CAREFULLY. State law requires us to obtain your consent to your contemplated surgery or dental procedure. What you are being asked to sign is confirmation that we have discussed the nature and purpose of your contemplated operation or dental procedure and the risks associated with; and that we have answered all of your questions in a satisfactory manner. Ask about anything you do not understand. We will be pleased to explain.

1. I hereby authorize _____ **Dr. Blunt O.S.** _____ with associates or

assistants of his choice to perform upon ___ *Herbert Martin* ___ *76859* ___
                                              Name                        DOC#

the following surgical diagnostic or medical procedure ___ *eft 11* ___

_____

including any necessary or advisable anesthesia, to include local anesthesia, I further advise the doctors to perform any other procedure that in their judgment is advisable for my well being. This operation has been explained to me. Alternate methods of treatment, if any, have also been explained to me, as have the advantages and disadvantages of each. I am advised that though good results are expected, the possibility and nature of complications cannot be accurately anticipated and that, therefore, there can be no guarantee as expressed or implied either as to the results of the medical procedure or as to cure.

2. In general terms, the nature and purpose of this operation or medical procedure is: _____

_____

_____

3. Some risks (but not all) known to be associated with this procedure, including anesthesia are:

| | |
|---|---|
| Death | Infection |
| Brain Damage | Instrument Breakage |
| Quadriplegia | Retained Instrument Fragment(s) |
| Paraplegia | Damage to Adjacent Teeth |
| Loss of Organ(s) | Fracture or Breakage of Jaw |
| Loss of Function of an Organ | Sinus Involvement |
| Loss of Function of an Arm(s) or Leg(s) | TMJ Disfunction or worsening of TMJ condition |
| Disfiguring Scars | Trismus (Jaw pain or difficulty opening mouth) |
| Phlebitis (infection or inflammation of blood vessel, i.e. vein) | Further surgery or treatment |
| | Pain |
| Temporary, partial or permanent numbness of lips, tongue, chin, face, teeth | Bleeding |
| | Face Swelling |
| Loss of Taste | Injury to nerves of the face |
| Swallowing of Foreign Objects | Drug/Allergic Reaction |
| Aspiration of Foreign Objects | Dry Socket |

(OVER)

SP-TCDEN 01    Rev. 10/07

 

I have been informed of the probability of occurrence of each of the foregoing risks as the result of, or in connection with, the surgical or medical procedure contemplated herein.

I hereby authorize and direct the above named dentist with associates or assistants, to provide such additional services as they may deem reasonable and necessary including, but not limited to, the administration of any anesthetic agent, or services of the x-ray department or laboratories, and hereby consent thereto.

I understand I should immediately notify the dentist of any suspected complication(s) that may arise, where further treatment or alternative treatment(s) may be discussed.

I hereby state that I have read and understand the consent, all questions about the procedure or procedures have been answered in a satisfactory manner, and that all blanks were filled in prior to my signature. This consent form is valid until revoked by me in writing.

Signature of Patient: _Herbert Martin 76859_   Date: _11/20/12_

Signature of Relative: _____
(Where Required)

Signature of Representative: _____
(Where Required)

Witness: _Suzanne Blunt_

I certify that all blanks in this form were filled in prior to signature and I explained them to the patient or his representative before requesting patient or his representative sign it.

_____
(Signature of the above named doctor)

## LOUISIANA STATE PENITENTIARY
### R. E. BARROW, JR. TREATMENT CENTER

#### DENTAL PROGRESS NOTES

NAME: Herbert Martin                    LOCATION: _____

DOC#: 768859                    WORK ASSIGNMENT: _____

| DATE | TOOTH NUMBER | CAVITY LOCATION | OPERATION OR TREATMENT* |
|------|-------------|-----------------|-------------------------|
| 9.12.12 | | | T RPD old. |
| | | | ok B new T. |
| | | | # 1/6 Demodine & slightly |
| | | | mobile. |
| | | | B X-Ray Chen. |
| | | | Keflex 500mg qid×K#50Ads |
| | | | Tylenol 325mg ±i fid×200Ads |
| | | | |
| 10.10.12 | | | Keflex 500mg qid×-50Ads |
| | | | Tylenol 325mg ±ifd ×200ads |
| | | | RTC Pre. med J |
| | | | Dr. Blunt 6/u |
| | | | Chm |
| 11.13.12 | | | Pre. med |
| | | | Keflex 500mg qid×150A/S |
| | | | Tylenol 325mg ±i fid×200Ads |
| | | | RTy 11-20.12  Dr. Blunt |
| | | | only 6q + u |
| | | | Chm |
| | | | Pt only wants 11 ext |
| | | | (Demandus) |

*Notes should be signed by dentist and/or technician.

LSP-TCDEN 02   Rev. 10/97

## LOUISIANA STATE PENITENTIARY
## R. E. BARROW, JR. TREATMENT CENTER

### DENTAL PROGRESS NOTES

NAME: _Herbert Martin_    LOCATION: _____

DOC#: _76859_    WORK ASSIGNMENT: _____

| DATE | TOOTH NUMBER | CAVITY LOCATION | OPERATION OR TREATMENT* |
|------|--------------|-----------------|-------------------------|
| 1-11-11 | | | RPD to lab for repair. RTC Delivery. *Am* |
| 2-8-11 | | | Deliver RPD repair. RTC exam po'. *Am* |
| 6/28/12 | | | S.C. → C.R. – RTC – D, Hill – 1ˢᵗ Available D, C,... |
| 7-11-12 | | | Pt states, he did not request dental services. RTC exam pool *Am* |
| 7/26/12 | | | S.C. → C.R. → RTC – D, Hill – 1ˢᵗ Available D, C,... |
| 8-1-12 | | | Reports broke RPD in confrontation c̄ security. Consult c̄ D/C |

*Notes should be signed by dentist and/or technician. RTC [...] *Am* Partial repair.

LSP-TCDEN 02    Rev. 10/97