UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HERBERT MARTIN (#76859)

CIVIL ACTION

VERSUS

NO. 13-508-SDD-RLB

MAJOR JOSEPH HOOKER, ET AL.

### RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated July 15, 2015. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's claims asserted against Defendant, Sgt. Adams, shall be dismissed without prejudice for failure of the Plaintiff to serve this Defendant within 120 days as mandated by Fed. R. Civ. P. 4(m).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the *Motion for Summary Judgment*[4] of the remaining Defendants shall be granted, dismissing the

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 29.
[3] Rec. Doc. 31.
[4] Rec. Doc. 27.

Plaintiff's claims asserted against these Defendants with prejudice, and this action shall be dismissed.

Baton Rouge, Louisiana the 11 day of August, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA